1           UNITED STATES DISTRICT COURT

2           WESTERN DISTRICT OF NEW YORK

3            ------------------------------------------------

4           **DAVID P. JACKSON,**

5                   Plaintiff,

6           -vs-                        14-CV-752-WMS

7           **ANTHONY BARTZ**
            **ERIK KEICHER**
8           **JAMES KACZMAREK,**

9                   Defendant.
            ------------------------------------------------
10            Examination before trial of **DAVID P.**

11      **JACKSON**, held before Heather Marcolini, Notary

12      Public, at Main Place Tower, 350 Main Street,

13      Buffalo, New York, on July 15, 2015 starting

14      at 9:54 AM and ending at 11:13 AM, pursuant to

15      notice.

16

        APPEARANCES:  **STATE OF NEW YORK**
17                      **OFFICE OF THE ATTORNEY GENERAL**
                        **ERIC T. SCHNEIDERMAN,**
18                  BY: **CHRISTOPHER L. BOYD, ESQ.,**
                        **ASSISTANT ATTORNEY GENERAL,**
19                      Main Place Mall
                        350 Main Street
20                      Buffalo, New York 14202
                        (716) 853-8457
21                      Attorneys for the Defendant.

22

23

24

25

─── **DEPAOLO-CROSBY REPORTING SERVICES, INC.** ───
170 Franklin Street, Suite 601, Buffalo, New York 14202
716-853-5544

1                    **W I T N E S S E S**

2       WITNESS              EXAMINATION          PAGE
        David Jackson        By Mr. Boyd            3

3

4

5                     **E X H I B I T S**

6       EXHIBIT             DESCRIPTION          PAGE
        Exhibit 1 - Report of interview           27
7       Exhibit 2 - Grievance                     29
        Exhibit 3 - New York State Department      35
8                    of Corrections and
                     Community Supervision
9                    Gowanda Correctional
                     Facility document
10      Exhibit 4 - Plaintiff Rule 26             45
                     Disclosure
11

12
             (Exhibits retained by Mr. Boyd)
13

14

15

16

17

18

19

20

21

22

23

24

25

1        D A V I D   P.   J A C K S O N,

2        662 Norththumberland Avenue, Buffalo, New York

3        14215, having been first duly sworn, was

4        examined and testified as follows:

5

6        EXAMINATION BY MR. BOYD:

7   Q. Good morning, Mr. Jackson.

8   A. Good morning.

9   Q. My name is Christopher Boyd.  I'm an Assistant

10       Attorney General and I represent the

11       defendants in this action.  Is there any

12       reason that you can't go forward with today's

13       deposition?

14   A. Not at all.

15   Q. Have you consumed any drugs or alcohol in the

16       last 24 hours?

17   A. No.

18   Q. Do you have any hearing problems?

19   A. No.

20   Q. Okay.  I'm going to ask you a series of

21       questions.  I'll ask that you please give me a

22       verbal response to each question rather than

23       gesturing or nodding, is that fair?

24   A. That's fair.

25   Q. If you respond to a question, I'm going to

MR. JACKSON - BY MR. BOYD - 07/15/15

1       assume that you've understood it, is that
2       fair?
3   A. Yes.
4   Q. If you don't understand a question, you'll let
5       me know?
6   A. Yes.
7   Q. Did you review anything in preparation for
8       today's deposition?
9   A. No.
10  Q. Did you discuss today's deposition with
11      anyone?
12  A. No.
13  Q. Can you please state your din number for the
14      record?
15  A. 10B1843.
16  Q. Have you ever gone by any nicknames?
17  A. No.
18  Q. Have you ever had a different legal name?
19  A. No.
20  Q. What is your date of birth?
21  A. 4/27/65.
22  Q. What is your place of birth?
23  A. Utica, New York.
24  Q. Have you ever been married?
25  A. Single.

MR. JACKSON - BY MR. BOYD - 07/15/15

1    Q. Do you have any children?

2    A. No.

3    Q. What's the highest level of education that

4       you've obtained?

5    A. 12th.

6    Q. Have you ever been in the military?

7    A. No.

8    Q. Are you currently working?

9    A. No.

10   Q. Have you previously held a job?

11   A. No.

12   Q. Are you right or left handed?

13   A. Left handed.

14   Q. Do you have any disabilities?

15   A. Yeah, seizures.  I have seizure disorders and

16      two herniated discs in my back.

17   Q. Do you have any other disabilities?

18   A. No.

19   Q. Do you have any psychiatric problems?

20   A. No.

21   Q. Do you have any medical problems?

22   A. Yes.

23   Q. What are your medical problems?

24   A. Seizures, high blood pressure, my right knee

25      messed up, two herniated discs in my back.  I

MR. JACKSON - BY MR. BOYD - 07/15/15

1      have GERD which is acid reflux and an enlarged

2      prostate.

3  Q. Are you currently taking any medications?

4  A. Yes.

5  Q. What medications?

6  A. I take Dilantin for the seizures.  I believe

7      it's called Amlodipine for the high blood

8      pressure.  I take Prilosec for my acid reflux.

9      Claritin for just seasonal allergies and

10     Tamsulosin for my enlarged prostate.  Then

11     they gave me Ibuprofen 800 for my pain.

12  Q. When were you first sentenced for a crime?

13  A. What do you mean like going to Upstate, to

14     Upstate prison or just --

15  Q. What year was your first contact with the New

16     York State criminal justice system?

17  A. I believe it was 1990.

18  Q. Do you recall what crime you were convicted

19     of?

20  A. I believe it was a robbery.

21  Q. Okay.

22  A. I think it was a robbery, attempt robbery

23     crime.

24  Q. This latest bid that you were in on that

25     you've now been released from, what crime were

1          you convicted of?

2     A.  It was a sex offence, rape one.

3     Q.  Have you ever been convicted of any other

4          crimes?

5     A.  Bank robbery and attempted burglary and a

6          bunch of little petit larceny crimes.

7     Q.  Have you ever been incarcerated in any state

8          other than New York?

9     A.  No.

10    Q.  Have you ever been in federal custody?

11    A.  Yes.

12    Q.  What crime was that in connection with?

13    A.  Bank robbery charge.

14    Q.  Do you recall how long you were in on that

15         charge for?

16    A.  From 1994 to 2000.

17    Q.  Okay.  When did you arrive at Gowanda

18         Correctional Facility?

19    A.  I want to say Gowanda on the bid, that bid

20         right there two previous occasions.  I can't

21         recall the date that I actually arrived there

22         but I was there on two occasions.  The first

23         time I was there I got kicked out of the

24         program that I was there for because I had got

25         into a fight with this guy and then after that

MR. JACKSON - BY MR. BOYD - 07/15/15

1        they brung me back.  But I believe it was in I
2        want to say 2012 but I don't remember the
3        exact month.
4    Q. What program was that that you were in?
5    A. It was the sex offense program.
6    Q. Okay.  Have you ever filed any other lawsuits
7        in state or federal court?
8    A. I had a lawsuit going when I got hit by a car.
9        That's the only other thing that was ever
10       filed.
11   Q. Are you familiar with the DOCCS grievance
12       system?
13   A. Yes.
14   Q. Have you used it before?
15   A. Yes.
16   Q. Were you found guilty of any disciplinary
17       infractions while incarcerated?
18   A. Yes.
19   Q. Approximately how many?
20   A. The two at Gowanda.  You mean on the bid
21       that's in question here?
22   Q. Let's start with that, yeah.  How many
23       infractions on your latest bid?
24   A. I believe it was just the two at Gowanda.
25   Q. Do you recall what they were both for?

1    A.  The one with the -- the first time I was there

2        I got into physical altercation with another

3        inmate, got into a fight and the one that

4        we're here for today with the officers.

5    Q.  Do you recall in March of 2013 where you were

6        locking?

7    A.  In March of 2013 at the time I was locked in,

8        we were locked in C east 3 and then we were

9        moved to I believe it's B east 3 where this

10       altercation took place because they were

11       putting new windows in C east 3 building so

12       they moved us over to D east 3.  Excuse me, it

13       was D east 3.

14   Q.  Could you describe that unit for me?

15   A.  It's basically really like a dormitory setting

16       and it's a few rooms.  Basically majority of

17       that unit was dormitory setting with a few

18       rooms in the halls.

19   Q.  Approximately how large was the dormitory

20       room?

21   A.  It was pretty large because it was like two

22       sides to it.  A side here and a side go this

23       way and then it had like a TV room.  So it was

24       pretty fair, pretty big unit.

25   Q.  Was it bunk beds or single beds in the unit?

---

MR. JACKSON - BY MR. BOYD - 07/15/15

1    A. There was some bunk beds but they weren't

2       using the bunk bed so basically everybody

3       really had a single bed to their selves.

4    Q. Do you recall approximately how many inmates

5       were locked in on that unit?

6    A. I can't recall the number.  I believe it's

7       more than 60 though.

8    Q. Okay.  How long were you in that location for?

9    A. Probably maybe a week, maybe a week because I

10      think we had just moved over there.  So it

11      wasn't long that that we were there.

12    Q. Do you recall an incident that occurred on

13      March 19, 2013?

14    A. Yes.

15    Q. Can you describe that incident?

16    A. We were basically new on the unit and that we

17      basically were moved over there with new

18      officers because in C east 3 we had to move

19      because they was putting new windows in and

20      the officers that were familiar with us while

21      we were in the program they didn't come along

22      with us.  So we were moved over to D east 3

23      with new officers that didn't know any of us.

24      So on that particular day the CO that was

25      working the unit came to be known as CO

1    Keicher.  I had went to the office prior to
2    dinner being served because you have dinners,
3    we eat in the units because Gowanda don't have
4    no main mess hall.  So one of the day rooms
5    they use it as a dining hall.  So I went to CO
6    Keicher and I asked him can I have the call
7    outs because my job at the time was to hang
8    the call ups on the bulletin boards so that we
9    know call outs and all the other notices that
10   came through the mail and he told me to come
11   back later to get it.
12       So after dinner I approached the officer
13   again and asked him can I have the call outs
14   for tomorrow to put on the bulletin board.  He
15   sweared at me so I asked him you know why are
16   you swearing at me and I told him when you
17   came to work today, you left your son at home.
18   So he immediately asked me for my ID.  I gave
19   him my ID and I took off and back to my bunk
20   area and was listening to my radio and
21   probably maybe about a half an hour, maybe 45
22   minutes later, could of been later than that,
23   CO, came to be known as CO Bartz.  He came to
24   my cube, the cube I was in had like four beds.
25   Had a bed in the corner with the bed I had

1          near the window, had another bed on the side

2          of me.  On the other side of my locker it was

3          a bed behind me and a bed on the other side

4          and he said Jackson, you're having a cube

5          search today, I was like all right.  He said

6          let me see your razor because CO Keicher he

7          already have your ID.  So I go in my locker

8          and get my razor.  Open it up and show it to

9          him.  So he took the razor and he said -- he

10         had me go stand near the locker.  Like the bed

11         sits here, a bed back here, it's another bed

12         sit here, it's a bed over here and on the bed

13         on the far end right here was a locker on the

14         side of it, he told me to go stand over there

15         while they did the cube search.

16              So I'm visually watching them do the cube

17         search and they asked me to get the garbage

18         can that was in the corner because they was

19         throwing a lot of stuff out of my locker in

20         the trash.  So I told him you get the garbage

21         can because it's your job, you the one doing

22         the cube search.  You want to throw my stuff

23         away, I'm not going to get the can.  So I

24         ended up getting the garbage can, taking it

25         over there.  After they finished with the cube

—— MR. JACKSON - BY MR. BOYD - 07/15/15 ——

1   search everything that should of been on the
2   bed was on the floor, like my clothes and
3   basically other personal stuff that was inside
4   the locker and everything that should of been
5   on the floor was on my bed, sneakers, boots
6   and all of that.  So I had asked CO Bartz, can
7   I speak to a sergeant because I wanted to show
8   the sergeant the condition that you left my
9   cube in because according to your directives,
10  I believe it's was 4019A that when you come do
11  a cube search in my cube it's supposed to be
12  almost the same way as you found it.  It's not
13  going to completely be the same way.  So he
14  said to me that the cube search was
15  appropriate and he stated that you're not
16  going to see a sergeant and he struck me in
17  the face with a closed fist, this is CO Bartz.
18  And CO Keicher he hit me from the other side
19  which he knocked me to the ground and once I
20  was on the ground he jumped on my back and
21  they both grabbed my hands to secure my hands
22  in handcuffs and once they secured my hands in
23  handcuffs they both got up started kicking me,
24  slamming my face in the ground, chipped my
25  tooth and kept punching me in the face and

1       bust my lip wide open and had like ten

2       stitches to put my lip back together.  They

3       kept doing this and then the sergeant he was

4       summoned there, I believe his name came to be

5       Sergeant Kaczmarek and he came, he continued

6       to let him punch on me and kick on me.  Then

7       he told him it was enough and then they took

8       me to the infirmary and then to the outside

9       hospital and that's what happened that day.

10    Q. Okay.  So CO Bartz punched you with a closed

11       fist, do you recall what side of your face?

12    A. He hit me right here on this side of the face

13       because he was standing on this side of me

14       right here.  CO Keicher he was standing on

15       this side over there and when CO Bartz hit me

16       right here on this side of the face, the left

17       side of my face, Keicher punched me.  He

18       didn't really hit me in the face, he kind of

19       like hit me in the head up here with his hand

20       which knocked me to the ground.

21    Q. And just because she's typing all this down, I

22       know it's hard but if you can just try to

23       describe left and right rather than indicating

24       because she can't pick that up in the record.

25       I know it's easier to sort of gesture.

—— MR. JACKSON - BY MR. BOYD - 07/15/15 ——

```
 1      A. CO Bartz hit me in the left side of my face
 2         with a closed fist and CO Keicher hit me in
 3         the right side of the top of my head with a
 4         closed fist.
 5      Q. Okay.  And after the hit to the right side of
 6         your face you fell to the ground?
 7      A. I went to the ground.  I fell face first to
 8         the ground and then that's when they jumped on
 9         my back.  I think it was Keicher, he jumped on
10         my back.  One of them jumped on my back and I
11         believe it was Keicher and he grabbed my arm
12         and pulled it back.  Pulled my right arm back
13         while CO Bartz came down and grabbed the left
14         arm and pulled it back and secured me in the
15         handcuffs.  Then they continued, they both
16         continued to kick me, slammed my face in the
17         ground and just punching me.
18      Q. So once the handcuffs are on you, are they
19         still on the ground or do they stand up?
20      A. No, I'm still on the ground at the time.
21      Q. Okay.  And the officers, are they on top of
22         you on the ground or they have stood up?
23      A. They both stood up and they started kicking me
24         in my side.  Then they came down and grabbed
25         my head and pushed my head in the -- I don't
```

MR. JACKSON - BY MR. BOYD - 07/15/15

```
 1            know which one of them it was, but they
 2            grabbed my head and pushed my head down and
 3            kept slamming my face down to the floor and
 4            then was punching me, came down and was
 5            punching me in the face, they both were.
 6       Q.  Okay.  Did they apply any other restraints
 7            other than handcuffs?
 8       A.  No.
 9       Q.  And the sergeant I believe you said was
10            Kaczmarek?
11       A.  I believe that's his -- Sergeant Kaczmarek.
12            That's when they pulled me up to the ground
13            when the sergeant -- when they summoned him to
14            come and then once they pulled me up from the
15            ground they continued to punch me in the face
16            while the sergeant standing there and watched.
17       Q.  So the officers bring you up from the ground
18            and then the sergeant arrives on the scene?
19       A.  Yes.
20       Q.  Okay.  And then after that they continued to
21            strike you?
22       A.  They continued to strike me in my face with
23            closed fists.
24       Q.  And what did the sergeant do?
25       A.  He didn't do nothing.  He stood by and then
```

1        after a while, probably like maybe a minute or

2        so he told them that's enough.  And then he

3        had another officer grab me and take me off.

4        Him and the officer escorted me to the

5        infirmary.

6   Q. Do you recall that officer's name?

7   A. No, I don't recall his name.  I don't know who

8        that was.

9   Q. What happened when you got to the infirmary?

10   A. When I got to the infirmary the nurse

11        immediately started working on my lip because

12        it was blood everywhere from it.  She was

13        trying to stop the bleeding from my lip and I

14        think my head, I think I had -- my head was

15        wide open too and they immediately had me

16        strip down to my boxers and they took pictures

17        of all the injuries that occurred.  Then they

18        had me -- I think they had me talk to a doctor

19        on the screen to the hospital and then they

20        asked me what happened there and I told them

21        that I was assaulted by two correction

22        officers and that's the only statement that I

23        gave to them at the time and I asked them

24        could they call the state police and nobody

25        would call the state police and I requested

1          same thing when I got to the -- I believe it

2          was Lakeshore.  I think that's the name of the

3          hospital out there.  I think it was Lakeshore

4          that I asked them when I got there, I said

5          nurse could you call the state police because

6          I'd like to file a complaint for me being

7          assaulted by two correction officers and

8          nobody would call the state police.

9     Q.   Did Sergeant Kaczmarek ever strike you?

10    A.   No, he never hit me.

11    Q.   Okay.

12    A.   He never hit me.  He just stood by and watched

13         them.  I mean he could of tried to remedy the

14         wrong by immediately telling them to stop but

15         he stood there and watched them continue to

16         strike me with closed fists.

17    Q.   So what happened after you were finished being

18         treated in the infirmary?

19    A.   After I'm finished being treated in the

20         infirmary they take me to the -- where they

21         shackle me up and take me to the hospital and

22         I was treated at the -- matter of fact I had

23         another incident I believe at the hospital

24         with the officer there because the officer

25         there had asked the nurse that was attending

MR. JACKSON - BY MR. BOYD - 07/15/15

1   me, can she call the state troopers for me and
2   the officer he intervened and told her no,
3   don't call them because it was a
4   misunderstanding.  I was like ma'am, it wasn't
5   a misunderstanding I need for you to call the
6   state troopers for me so I can report this
7   complaint and she didn't.  So me and the
8   officer we got into a little verbal
9   altercation there about that and he ended up
10  writing me an incident report on that as well.
11 Q. What treatment did you receive at the
12  hospital?
13 A. They treated me for -- they put I think it was
14  ten stitches in my lip.  They treated me for
15  this chipped tooth right here, my chipped
16  tooth and they treated me for the head, for
17  the head.  And I think my neck or something
18  else, there was a few more other treatment, I
19  can't recall.  But those was the major ones
20  because my lip was wide open, it had a piece
21  of meat hanging out of it.
22 Q. Do you have any permanent injuries as a result
23  of this incident?
24 A. Yeah, this chipped tooth right here, that's a
25  permanent injury.  And plus like my lip every

─── MR. JACKSON - BY MR. BOYD - 07/15/15 ───

```
1          now and then it gets numb so basically that it
2          and I think I have a couple of scars on my
3          head from them kicking me, kicking me in the
4          head.
5     Q.   What happened after you were treated at the
6          hospital?
7     A.   After I was treated at the hospital they took
8          me back to Gowanda, I was seen in the
9          infirmary that night and they had me stay in
10         the infirmary that night and then the next
11         morning they took me to the special housing
12         unit and served out my time there.
13    Q.   So going back to the way that the unit was set
14         up, I noticed you said that there were a few
15         other beds in the cube that you were located
16         in?
17    A.   Yes.
18    Q.   Did any other inmates lock in that same cube
19         with you?
20    A.   Yes, it's like -- I have to draw it out for
21         you to show you how it was set up.  It's like
22         -- she got to put it down.  It's like a bed in
23         the corner which was my bed.  Now, they had
24         the beds like -- they had the cube area set up
25         in like alphabets.  I think we were J and then
```

1   the J area it was four beds, actually I think

2   it was five but I don't think nobody used the

3   fifth bed.  So I think I was -- I believe it

4   was J, I can't recall.  It was either J4 or J2

5   I think my bed was and it was like J3, J4 and

6   J5 we all in this one little area.  So, yeah,

7   I think it was like two other guys slept in

8   that area at the time.

9 Q. Were they around while the cube frisk was

10   being performed?

11 A. No, they wasn't around.  No, not that I can

12   recall.  I don't remember seeing them around.

13   I think one of them were around.  I can't

14   recall if they were there or not.

15 Q. Were there any inmates in the area while the

16   cube frisk was being performed?

17 A. There were a few.

18 Q. Do you recall who they were?

19 A. One by the name of Nathaniel Flowers.  He

20   actually seen the officer strike me and there

21   was a guy, I can't think of -- his last name

22   was Mr. Young.  I don't know his first name

23   but he seen it as well.  But nobody would come

24   forward, I don't know for what reason.  You

25   know when you have a situation like that they

MR. JACKSON - BY MR. BOYD - 07/15/15

1        don't want to come forward to try to help you

2        out.

3    Q.  Were there any other witnesses to the incident

4        that you're aware of?

5    A.  There probably were but I didn't visualize

6        everything around me, I was just looking at

7        the officers in front of me because I know

8        that they have a history of -- like Gowanda

9        Correctional Facility is a hands on facility

10       by the way.  Officers quickly put their hands

11       on you, it's a hands on facility.  I mean you

12       can just say one little thing to them and next

13       thing you know, you're being struck.

14   Q.  How long were you in the special housing unit

15       for as a result of this incident?

16   A.  I was in that special housing unit probably --

17       I don't know, maybe up to -- probably more

18       than -- it might of been at least 30 days,

19       probably at least because I had pending tier

20       three tickets so I couldn't go no where

21       without it.  They chumped up -- I don't want

22       to say that right now but everything was

23       chumped up.  But maybe probably about 30 days

24       at least.

25   Q.  So a misbehavior report was filed against you

1           as a result of this incident?

2      A.  A false misbehavior report was filed against

3           me, yes.

4      Q.  Do you recall what the charges were?

5      A.  They had me with pat frisk, they said it was a

6           pat frisk.  Never had me on the wall at all.

7           Never on the wall.  They said violent conduct

8           I believe it was and I think it was

9           interfering with an employee.  That's all I

10          could remember.  One of them charges got

11          reversed and I believe it was interfering with

12          an employee I think.  They dismissed one of

13          them charges on my appeal.

14     Q.  Was that your appeal to the superintendent?

15     A.  Yes, that's the appeal to the -- no, it was

16          appeal to the director of special housing unit

17          in Albany.

18     Q.  So quickly jumping back to your treatment at

19          the hospital.  Do you recall if they performed

20          any diagnostic tests on you?

21     A.  They did a -- I think they did a CAT scan on

22          my head I believe.  I don't remember.  I think

23          they did.

24     Q.  Do you know what the results of the test were?

25     A.  I don't remember.

MR. JACKSON - BY MR. BOYD - 07/15/15

1    Q. After you went back to the facility you spent
2       the night in the infirmary, correct?
3    A. Yes, that's correct.
4    Q. After that did you receive any other medical
5       attention for the injuries that you received
6       as a result of this incident?
7    A. No, you know they came by the special housing
8       unit to look at it but other than that there
9       was no other treatment available for me at
10      that time.  They wouldn't give me no treatment
11      there and I was trying to file a grievance
12      because I wasn't getting no treatment.  But in
13      the special housing unit an officer picks your
14      mail up and half the mail wasn't even making
15      it out of the special housing unit so there
16      was no kind of way that I can get my mail out.
17      I had to send one to deputy superintendant
18      named Culley and she was director of program,
19      I had to send a complaint to her about there,
20      down there because they wouldn't feed me down
21      there and it just made matters worse at
22      Gowanda box.
23         So I had to wait until I think I got to --
24      I believe it was Fishkill, Fishkill special
25      housing unit they have what they call a 200

1      box where you do your time in.  And I think

2      when I got to Fishkill I believe they started

3      getting me treatment there, I think it was for

4      my neck or something due to this incident.

5      Somewhere they was treating me.  No, wasn't

6      Fishkill, it was Upstate box, that's where

7      they treated me for the neck injury from this

8      incident right here.

9  Q.  When you were in Gowanda special housing unit

10     what treatment were you requesting?

11 A.  I was requesting -- I kept telling them I kept

12     having these headaches that wouldn't go away.

13     I kept having these headaches and plus my

14     hands, both of my hands was so numb, I

15     couldn't really feel them from how tight they

16     had the handcuffs on, couldn't feel them.  And

17     I asked for that and I told them that my neck

18     was bothering me and they never pulled me out

19     for treatment.  I didn't get the treatment

20     until I got to Upstate box.

21 Q.  Did you ever receive any physical therapy?

22 A.  At Upstate box I did.  Nothing at Gowanda.

23 Q.  Did this incident in any way affect your

24     seizure problem that you testified that you

25     have earlier?

1    A. No, I can't recall.  I can't really say that

2       it did because you know seizures is not

3       controllable, you know you can use medication

4       and you can still go into a seizure.  So I

5       can't really say that this incident affected.

6       I really can't say that but it could progress

7       it though.

8    Q. After you were in Gowanda SHU, where were you

9       transferred to next?

10   A. I was transferred to Upstate Correctional

11      Facility.  That's a total lockdown facility

12      where you go and do your SHU time.  They call

13      them 200s.

14   Q. What does that mean?

15   A. It's like a total of the whole jail is a

16      lockdown like 23 hours in and maybe hour out.

17      But you have a roommate in there, it's like

18      where they have a shower in your cell.  So you

19      really ain't coming out of the cell and in the

20      back of the cell they have like what they call

21      a rec pen where they crack the door and you

22      can go outside and the rec pen you and your

23      roommate can go outside so that's basically

24      what a 200 is.

25   Q. Where were you transferred after Upstate?

MR. JACKSON - BY MR. BOYD - 07/15/15

1     A. After Upstate, after I finished my time at
2        Upstate I was transferred to Wyoming
3        Correctional Facility.
4     Q. And where did you go after Wyoming?
5     A. That's when I came home.
6     Q. Have you had any other incidents involving law
7        enforcement or the criminal justice system
8        since you've been released?
9     A. No.
10           MR. BOYD:  Can you mark this as 1.
11
12        (The following was marked for identification:
13        Exhibit 1.)
14
15        BY MR. BOYD:
16     Q. Mr. Jackson, I'm showing you what's been
17        marked as Exhibit 1.  Do you recognize Exhibit
18        1?
19     A. Yes, I think this is the complaint that I sent
20        to the -- I believe it was the inspector
21        general office.
22     Q. So did you write this statement?
23     A. This is not my handwriting.
24     Q. So this is a verbal statement that you gave to
25        an investigator?

MR. JACKSON - BY MR. BOYD - 07/15/15

1      A. I never gave them a -- they did come and see
2         me though but I think I had sent them a letter
3         prior to them coming to visit me and I did
4         give them a statement.
5      Q. Have you seen this document before?
6      A. Yes, I have a copy of this.
7      Q. Do you know who the author of the document is?
8      A. No, I don't.
9      Q. Is this statement accurate?  You can take a
10        minute to review it if you need to.
11     A. Some of it is but a lot of this is -- some of
12        it is similar.
13     Q. What parts, if any, are inaccurate?
14     A. Like I don't remember -- he said the ticket, I
15        said that I turned towards Bartz while he was
16        pat frisking.  I never said that.  I never was
17        on the wall but it says that's a lie.  I was
18        never pat frisked, that's true before the cube
19        search.  But up here where he talks about
20        where I said I was standing with my back to
21        the cabinet, I was standing on the side of a
22        locker.
23     Q. When it says I moved towards him because I was
24        dazed from the punch.
25     A. Never moved towards him.  That's a lie right

MR. JACKSON - BY MR. BOYD - 07/15/15

1      there.  Never moved towards him.  I never
2      moved towards Officer Bartz.  When I was
3      punched in the face by him that's when Keicher
4      punched me on the right side of my head and I
5      fell to the floor and that's when they jumped
6      on me, jumped on my back and tried to put my
7      hands behind my back so they can secure the
8      cuffs on me.
9   Q. Did you file a grievance related to this
10     incident?
11  A. Yes.
12          MR. BOYD:  Mark this as 2.
13
14     (The following was marked for identification:
15     Exhibit 2.)
16
17     BY MR. BOYD:
18  Q. Mr. Jackson, I'm showing you what's been
19     marked as Exhibit 2.  Do you recognize Exhibit
20     2?
21  A. Yes, I do.
22  Q. What is Exhibit 2?
23  A. Exhibit 2 is a grievance that I filed at
24     Upstate box with this alleged assault.
25  Q. Is this the only grievance you filed regarding

---

MR. JACKSON - BY MR. BOYD - 07/15/15

---

1        the alleged assault?

2   A. Yes, it is.  I believe I filed -- no, I think

3       I filed one at Gowanda.  Yeah, I filed one at

4       Gowanda.  I filed it at Gowanda but Gowanda

5       claimed they never got it.  It's the same

6       grievance.

7   Q. Okay.  But this is -- substantively this is

8       the only grievance.

9   A. Yes, this is the only grievance.  Yes.

10   Q. So if you could turn to the second page of the

11       grievance, the first full paragraph beginning

12       here.  Just take a minute to review that

13       paragraph.

14   A. Okay.

15   Q. In that paragraph you state to justify their

16       actions and my personal injuries to the report

17       supervisor, Sergeant Kaczmarek, they claimed

18       that they had to use use of force on me for

19       not complying with the pat frisk.  All of

20       which is a lie to cover up an assault with the

21       help of sergeant Kaczmarek who now becomes a

22       party in this grievance.

23   A. Right.

24   Q. Is that statement accurate?

25   A. That statement is correct because when they

---

**DEPAOLO-CROSBY REPORTING SERVICES, INC.**
170 Franklin Street, Suite 601, Buffalo, New York 14202
716-853-5544

—— MR. JACKSON - BY MR. BOYD - 07/15/15 ——

1          had me at the infirmary as they was walking me
2          by, Sergeant Kaczmarek was on the phone and I
3          hear him say we going to use him, say that we
4          was giving him a pat frisk and he didn't
5          comply by taking his hand off the wall.  He
6          said that on the phone, that's how I knew at
7          that time that what I was going to be charged
8          with.  They never pat frisk you at Gowanda or
9          -- most facilities I've been to, they never do
10         a pat frisk before they do a cube search,
11         there is not one facility that I've been to
12         where an officer come over and tell you that
13         he's doing a cube search and they want to see
14         your ID and your razor because if you don't
15         have your razor that's automatic trip to the
16         box.  And every facility I've been to has
17         never, never did a pat frisk prior to a cube
18         search, never.
19     Q.  In this grievance did you mention the fact
20         that Sergeant Kaczmarek had actually witnessed
21         the assault?
22     A.  I don't think that I put that in here.  I
23         can't recall.  I have to read through it but I
24         don't recall.  I don't recall me doing it.
25     Q.  Please take a moment to review Exhibit 2 to

1        refresh your recollection and just let me know

2        when you're ready.

3    A.  I don't have that in here.

4    Q.  Do you recall why that fact wasn't included in

5        the grievance?

6    A.  No.  No.  No, I don't.  Didn't just put it.

7    Q.  So in the grievance you state that Sergeant

8        Kaczmarek now becomes a party in this

9        grievance because he was part of a cover up,

10       correct?

11   A.  That's a fact.

12   Q.  But you didn't grieve the fact that Sergeant

13       Kaczmarek failed to stop the assault while he

14       was witnessing it?

15   A.  I mean they covered up the whole assault.  I

16       mean he stood -- what I mean by that is you

17       know he stood there and watched as well.  So

18       he just helping them cover up what they just

19       did to me by lying, by standing there letting

20       them do it.

21   Q.  Okay.  But you didn't say in your grievance

22       that he stood there and watched them do it,

23       right?

24   A.  I mean that's part of what I mean in the cover

25       up.  But no, I didn't put it in here per se,

1          say Sergeant Kaczmarek stood there and watched

2          him.  I just say he stood, he covering up the

3          assault with them.

4     Q. Earlier you testified, I believe it was CO

5          Keicher had jumped on your back?

6     A. Yes.

7     Q. Did you mention that fact in your grievance?

8     A. No, that's not in here.

9     Q. Okay.  And in the grievance you state CO Bartz

10         threw me against a locker, is that accurate?

11    A. I state that in there?

12    Q. If you look it says --

13    A. Let me see, my personal clothing taken out of

14         my locker and tossed to the floor.  CO Bartz

15         and Keicher punched me on the side of my face

16         and then he grabbed me against the locker by

17         continuing to strike me in the face, that is

18         accurate.

19    Q. So CO Bartz did throw you against a locker?

20    A. After he punched me.  He punched me and he

21         didn't actually throw me against the locker,

22         it's basically like, you know like the punch

23         was like off guard.  It's something I didn't

24         expect and when he hit me, I was already

25         standing next to the locker any way.  He hit

1      me, kind of like went back up against the
2      locker and that's when Keicher hit me from the
3      other side because Keicher was actually
4      standing on the other side.  Bartz was on the
5      left, Keicher was on the right.
6   Q. So did you fall into the locker or were you
7      pushed?
8   A. No, it's like -- I don't know if you've ever
9      been punched off guard.  It's like you're not
10     expecting it and it's like woah.  I ain't
11     going to say really threw me, it's like --
12  Q. So you staggered backwards?
13  A. Staggered backwards a little, yeah.
14  Q. Did you hit your head on the locker?
15  A. No, not at all.  Locker is not even high
16     enough for that, it's just like a staggered
17     back thing and threw me off guard.
18  Q. Did any part of your body hit the locker?
19  A. Just my back.
20  Q. So you bumped against the locker?
21  A. Yeah, just my back hit against it.
22  Q. And what happened after you hit into the
23     locker?
24  A. That's when Keicher hit me from the right side
25     on the top of my head right here and that's

MR. JACKSON - BY MR. BOYD - 07/15/15

1          when I fell to the floor.

2    Q. And did you fall forward or backwards?

3    A. I fell forward.

4    Q. Face first?

5    A. Yeah, my face to the floor.

6    Q. If you know, did the fall to the floor cause

7          your tooth to chip?

8    A. No, they did that.

9    Q. That was a punch?

10   A. Yeah, they did that when they kept hitting me

11         in my face.

12   Q. Did you hit anything while you were falling to

13         the floor?

14   A. I can't really recall.  I don't know.

15             MR. BOYD:  Can you mark this as 3.

16

17         (The following was marked for identification:

18         Exhibit 3.)

19

20         BY MR. BOYD:

21   Q. Mr. Jackson, I'm showing you what's been

22         marked as Exhibit 3.  Do you recognize Exhibit

23         3?

24   A. Yes.

25   Q. What is Exhibit 3?

1    A. Exhibit 3 is the transcript from my

2        superintendent hearing.

3    Q. And that was the hearing for the misbehavior

4        report related to this incident?

5    A. Yes.

6    Q. Could you turn to page 89 of 96, you'll see

7        they're marked there at the top.  And if you

8        could, review your testimony starting from the

9        bottom of that page on to the first half of

10       page 90.

11   A. Okay.

12   Q. So you testified and this is regarding CO

13       Bartz I take it.  Then he grabbed me, he

14       grabbed me and threw me up against the locker,

15       hit me in my mouth and punched me in the back

16       of my head back here, right here, all of this

17       right here.  Was that testimony accurate?

18   A. You want me to go on to the next page.

19   Q. Yeah, please review to the second half of the

20       next page.  Please take a moment to review

21       that and let me know when you're ready.

22   A. That's accurate except I'm just going to say

23       that he didn't really throw me up against the

24       locker.  Like I told you earlier, I fell back

25       against the locker from his punch.

MR. JACKSON - BY MR. BOYD - 07/15/15

1   Q. Okay.  But here you say he hit me then he
2       grabbed me and threw me against the locker.
3       Is it accurate to say that he grabbed you and
4       threw you against the locker?
5   A. No, he didn't throw me against that locker.
6       When he punched me, I fell back towards that
7       locker.
8   Q. So the statement in the tier hearing that he
9       grabbed you and threw you against the locker
10      is not entirely accurate?
11  A. That's not correct right there because he
12      didn't grab me.  He actually punched me and I
13      fell against that locker.
14  Q. And then in the next paragraph you state, at
15      that time he grabbed me and threw me up
16      against the locker and punched me.  And again,
17      then that would not be accurate, you actually
18      fell into the locker, correct?
19  A. Yeah, that's correct.
20  Q. You then state the other officer came up on
21      the other side of me and grabbed me.  He
22      grabbed me and snatched my hand and threw my
23      hand behind my back and that's when Officer
24      Bartz put the handcuffs on me.  Is that
25      testimony accurate?

---

MR. JACKSON - BY MR. BOYD - 07/15/15

1   A. No.  The handcuffs didn't go on me until I got
2      on the floor.  After Keicher punched me and I
3      fell to the floor he did jump on me and grab
4      my arm though but them handcuffs didn't get on
5      me until I got on the floor.
6   Q. Did you mention that you went to the floor in
7      your tier three hearing testimony?
8   A. I don't recall that.
9   Q. Well, take a moment to review your testimony
10     here.
11  A. I don't think that I said that I was -- that I
12     was ever on the floor.
13  Q. Why didn't you testify to that fact during
14     your tier three hearing?
15  A. I can't recall why I didn't.
16  Q. Later in that paragraph you testified he
17     rammed my head up against the wall again.
18  A. Yeah, that's when sergeant came and they got
19     me up off that floor and he rammed my head up
20     against that wall.  They kept punching me and
21     hitting my face on the wall too as well.
22  Q. So what do you mean when you said he rammed my
23     head up against the wall again?
24  A. Took the back of my head and -- took the back
25     of my head and rammed my face first into the

---

**DEPAOLO-CROSBY REPORTING SERVICES, INC.**
170 Franklin Street, Suite 601, Buffalo, New York 14202
716-853-5544

1     wall.

2  Q. And you stated I don't have no injury to the

3     top of my head at all.  Why did you say that?

4  A. I don't remember that.  I do have an injury to

5     my head.  It's in that report.

6  Q. So you did in fact sustain injuries to the top

7     of your head?

8  A. I do have injury in my head.  It's in that

9     medical report.

10  Q. Do you recall why you testified that you

11     didn't have any injuries to the top of your

12     head in the tier three hearing?

13  A. I don't remember.  Because I know that all

14     this tier three right here was going to be

15     cover up.  I know they was going to find me

16     guilty of it so I was just trying to show that

17     I was actually assaulted by officers as

18     opposed to officers say they got me on the

19     wall pat frisking me and I'm not complying,

20     that's a lie.

21     At that time I've been in the state

22     correctional facility since '06.  I got to

23     Gowanda in 2013, I never had a problem with an

24     officer putting me on that wall ever.  Never

25     took my hand off the wall as they claim in

1          this report right here.  I just wanted to get

2          on record that I was assaulted by police

3          officer as opposed to being a cover up saying

4          that you pat frisk me and I took my hand off

5          the wall to justify why you can use force on

6          me, that's not correct.  But I do have an

7          injury to my head and it's in the medical

8          report and I don't know why I didn't say it

9          here.

10    Q.   So you felt that the tier three hearing was

11         not likely --

12    A.   It was a sham because it was a sham.  They

13         started with the pat frisk thing with me, then

14         I get the ticket with the officer at the

15         hospital.  Then when my property come down to

16         Gowanda box, they inadvertently find razor

17         blades in my bible and how did this happen and

18         you just did a cube search on my cube.  So it

19         all was a whole big cover up.  They was trying

20         to get me on one big thing after the next

21         because they couldn't get me on this right

22         here so they was trying, trying, trying.  And

23         at that time I was almost finished with this

24         program at Gowanda.  I was at Gowanda for

25         almost -- close to almost a year, I never had

1       one incident report.  I never had a problem

2       with any officer at Gowanda until they moved

3       us over to D east three.  Never had a problem,

4       not one incident report since I went back to

5       Gowanda.  I was almost finished with the

6       program and due to go home in September of

7       this year, had to stay for additional year

8       because of this incident here.

9   Q. Okay.  So the reason that your tier three

10     hearing testimony differs in certain respects

11     from your testimony here is because you felt

12     that the process there was a quote, sham?

13  A. It was a sham, it's a whole cover up thing.  I

14     knew at the end that the deputy of security,

15     he did the tier three hearing, wasn't my

16     chance of saying okay Mr. Jackson we find you

17     not guilty and my complaint is against the

18     security staff.  Wasn't even a shot there.

19     Gave me 90 days in the box for this, something

20     I didn't even do.

21  Q. Did you feel that it was important to testify

22     accurately during the tier three hearing?

23  A. You know at that point I really didn't care

24     because I knew that I was going to the box,

25     they was going to put me in the box any way.

MR. JACKSON - BY MR. BOYD - 07/15/15

1      All I wanted to get on paper was to show that

2      I was assaulted by these officers.  That was

3      my total thing, to show that these officers

4      assaulted me and that they actually did a cube

5      search instead of pat search on me.  That was

6      my biggest thing was to show that.  I always

7      comply with officers when they put me on that

8      wall because I know the consequences behind

9      that.  I never took my hand off a wall, not

10     one time.

11  Q. During your tier three hearing testimony did

12     you ever testify about the involvement of

13     Sergeant Kaczmarek?

14  A. No, he never really came up.  I don't even

15     think I brung him up in this tier three

16     hearing.  Basically at the tier three hearing

17     they really don't allow you -- they ask you

18     for witness.  Like I called him as a witness

19     because Officer Bartz really was the

20     aggressor, Keicher was just following behind

21     him.  But Officer Bartz was really the

22     aggressor, that's why I wanted to call him as

23     the witness.  A lot of things they wouldn't

24     allow me to say in a tier three hearing, they

25     wouldn't put it on the record.  They're

1       telling me I can't say it so at that point I

2       just really gave up on it.  I just wanted to

3       get on the record that I was actually

4       assaulted by these officers.

5   Q.  So you called CO Bartz as a witness?

6   A.  Yes.

7   Q.  Did you call CO Keicher as a witness?

8   A.  No, I didn't call Keicher as a witness.

9   Q.  Did you call Sergeant Kaczmarek as a witness?

10  A.  No because at the time I didn't know neither

11      one of them names.

12  Q.  Okay.

13  A.  But I knew his name because he's the one that

14      wrote the report and he the one that wrote the

15      incident report, that's how I know his name.

16      I think Keicher's name might be on there too

17      but I called him because he was the aggressor,

18      He started the whole thing.

19  Q.  But you never mentioned in your tier three

20      hearing testimony that Sergeant Kaczmarek

21      witnessed the assault and failed to prevent

22      it?

23  A.  No, that's not the time for that.  They won't

24      let you like -- like when you in these

25      hearings here man, it's like certain things

```
 1            that they let you say and certain things
 2            they're not going to let you say.  So you know
 3            my whole -- this whole thing was a defeat for
 4            me because they wouldn't allow me to ask them
 5            certain questions that I wanted to ask.  So I
 6            pose a question but the deputy of security he
 7            -- I can't ask the question.  I can ask the
 8            question but I have to tell the hearing
 9            officer, the hearing officer ask the question
10            so he put it in the form that he want to put
11            it in.
12        Q. But you never tried to ask any questions about
13            Sergeant Kaczmarek's involvement, right?
14        A. No.
15        Q. Okay.
16        A. Sergeant Kaczmarek he's the supervisor and he
17            determines what happens.
18        Q. What damages are you seeking in this action?
19        A. I think I put punitive and I think like
20            suffering, pain and suffering.
21        Q. What amount of damages are you seeking?
22        A. I think it was like 500,000 I think I put in
23            there, monetary amount.
24            MR. BOYD:  Can you mark that as 4.
25
```

---

MR. JACKSON - BY MR. BOYD - 07/15/15

1          (The following was marked for identification:
2          Exhibit 4.)

3

4          BY MR. BOYD:
5      Q. Mr. Jackson, I'm showing you what's been
6          marked as Exhibit 4.  Do you recognize Exhibit
7          4?
8      A. It's my motion that I filed with the court for
9          disclosure.
10     Q. That's your rule 26 disclosure statement?
11     A. Yes.
12     Q. If you could turn to the last page of Exhibit
13         4.  Paragraph 4 your computation of damages,
14         you state plaintiff seeks compensatory and
15         punitive damages for each claim.  Why didn't
16         you list a monetary amount here?
17     A. Because it's already in my original claim.  I
18         didn't know that I had to put it here.
19     Q. How did you arrive at the figures in your
20         original claim?
21     A. Just amount came to me.  It's just amount that
22         came to my head.
23     Q. So you just sort of thought it up out of the
24         air?
25     A. Yes.

---

MR. JACKSON - BY MR. BOYD - 07/15/15

1    Q. If you turn back to paragraph 1 on page 2.
2       Here you list yourself and inmate Young as
3       potential witnesses to this incident?
4    A. Yes.
5    Q. Are there any other potential witnesses that
6       you're aware of?
7    A. No.  I'm still trying to get in contact with
8       Mr. Young because I don't know his whereabouts
9       now.  He's still in DOCCS Correctional though
10      but I haven't gotten a statement from him yet.
11   Q. Under paragraph 2 the following documents are
12      identified and attached.  Do you have any
13      other documents that are relevant to this
14      action other than the ones listed here?
15   A. No.
16   Q. During the incident on March 19, 2013 did you
17      ever fail to comply with an officer's order?
18   A. Never.
19   Q. Did you ever take any action that could be
20      interpreted as aggressive?
21   A. No, told you I've been at Gowanda for almost a
22      year and I have not one incident report prior
23      to this incident right here.  No.
24   Q. Prior to your incarceration at Gowanda have
25      you ever had any misbehavior reports filed

1        against you for violence involving officers?

2    A. No.

3    Q. Have you had any misbehavior reports filed

4        against you for violence involving other

5        inmates?

6    A. Prior to me coming to Gowanda?

7    Q. Yeah.

8    A. I had one before Gowanda which is the first

9        time I was at Gowanda.  I had a fight with an

10       inmate.

11    Q. But you've never had a violent incident

12       involving officers?

13    A. No.

14    Q. Never your entire time in DOCCS custody?

15    A. No, first time.

16    Q. Why do you feel that CO Bartz is liable to

17       you?

18    A. He's the aggressor.  He started this whole

19       incident.

20    Q. And why do you feel that CO Keicher is liable

21       to you?

22    A. Because Keicher, he just followed Bartz.

23    Q. And why do you feel that Sergeant Kaczmarek is

24       liable to you?

25    A. Because Sergeant Kaczmarek he didn't remedy

1        the wrong, he just let them continue to do it,

2        to assault me until he said that's enough.

3    Q. Okay.

4    A. He could of stopped the incident.  I mean I

5        was already beat up by then.  He just

6        continued to let it go on when he came, that's

7        not right.

8    Q. Did you ever state either in your tier three

9        testimony or in your grievance that Sergeant

10       Kaczmarek was present during the assault?

11   A. No because he wasn't present during the actual

12       assault when the actual assault happened in

13       the cell.  Any time an incident happened where

14       you get involved in a fight or they be with an

15       inmate, another inmate or any incident

16       happened with an officer, a sergeant has to be

17       called to the scene because the sergeant had

18       authority to say okay we're going to put you

19       in the box.  Okay, pack your stuff, we're

20       going to move you to another.  So sergeant has

21       to be called to the scene and the reason why I

22       didn't bring it up is because they are aware

23       that when these incidents take place a

24       sergeant has to be summoned to the area.  He's

25       the first one that come with the officers.

1    Q.  So Sergeant Kaczmarek arrived after the
2        assault had taken place?
3    A.  After I was already assaulted.  They got me up
4        on my feet, got me on the wall, he come, smash
5        my face in the wall, keep punching me,
6        sergeant said that's enough.  That's when him
7        and another officer escorted me to the
8        infirmary to be treated.
9    Q.  So Sergeant Kaczmarek was not present for the
10       principal assault?
11   A.  No, he was not present when the actual assault
12       took place, no, no.
13   Q.  What actions took place while Sergeant
14       Kaczmarek was present?
15   A.  CO Bartz and Keicher punching and kicking me
16       and slamming my face on the floor, that type
17       of stuff, that took place.  Sergeant Kaczmarek
18       came and got me on my feet and they got me on
19       the wall, that's when they came over and put
20       my face in the wall and punched me on my side
21       a few times and hit me in the face and that's
22       when he said that's enough.
23   Q.  Okay.
24   A.  And he took me because blood was everywhere.
25       I mean blood was just drooling from my mouth,

MR. JACKSON - BY MR. BOYD - 07/15/15

1        my lip.

2    Q. How long was Sergeant Kaczmarek present before

3        he said that's enough?

4    A. Maybe about 30 seconds to maybe a minute,

5        wasn't long.

6    Q. So approximately 30 seconds?

7    A. Anywhere between 30 seconds to a minute.

8    Q. And were you compliant at this time?

9    A. All the time I was compliant.  I was compliant

10       through their whole ordeal, through

11       everything.  I complied with them from the

12       time he came and did the cube search until the

13       end.

14           MR. BOYD:  Why don't we take a quick

15       break.  I think I'm just about done but if we

16       can just take -- if you need to use the

17       restroom or anything or do you want a drink of

18       water.

19           THE WITNESS:  I'm good.  Thank you.

20           MR. BOYD:  Give us you know five minutes,

21       maybe less and we'll finish up.

22

23           (Recess taken)

24

25       BY MR. BOYD:

--- MR. JACKSON - BY MR. BOYD - 07/15/15 ---

1    Q.  Mr. Jackson, just quickly before we conclude.

2        Did you know any of the officers involved in

3        the March 19, 2013 incident prior to that

4        date?

5    A.  No.

6    Q.  Had you seen any of them before?

7    A.  No, like I said we had just moved over there

8        so I wasn't familiar with those officers on

9        the unit.  We were over there because they was

10       putting windows in our unit and they moved us

11       over there until it was completed.  So I was

12       just familiar with the officers that worked my

13       unit in C east 3, not D east 3.

14   Q.  Did you ever have any interaction with those

15       officers after the incident other than during

16       the tier three hearing?

17   A.  No because after that I was kept in special

18       housing unit where they continued to violate

19       me and transferred to Upstate box and then

20       from Upstate box I was transferred to Wende

21       Correctional Facility.  I mean excuse me,

22       Wyoming Correctional Facility and then I was

23       released.

24   Q.  Have you ever given any testimony or statement

25       about this action, either verbal or written

───── MR. JACKSON - BY MR. BOYD - 07/15/15 ─────

1          form other than the documents that we've gone

2          over in this deposition?

3     A. No.  Except for the claim itself, that's it.

4     Q. Were you ever pat frisked either before or

5          after the March 19, 2013 incident?

6     A. Only when I was taken to the special housing

7          unit.

8     Q. But CO Bartz and Keicher never conducted a pat

9          frisk of you?

10    A. Not at all, it never happened.

11    Q. Do you know why they would of stated that they

12         did conduct a pat frisk?

13    A. To cover up the assault that they did to me,

14         it's an easy way out.  When you in DOCCS, they

15         know the easy way out to say they had you on

16         the wall and they take their hand off the

17         wall.  So that's an easy cover up right there.

18         That's why they stated that, but that never

19         happened.  They never had me on that wall.

20         Because they didn't have me on that wall, I

21         always comply.  I never took my hand off that

22         wall, never.

23    Q. Are you currently receiving any medical

24         treatment as a result of the injuries you

25         sustained in this incident?

───── **DEPAOLO-CROSBY REPORTING SERVICES, INC.** ─────
170 Franklin Street, Suite 601, Buffalo, New York 14202
716-853-5544

1    A.  I still receive like basically for my neck but
2        you know they just give me pain medication for
3        it.
4    Q.  Have you been diagnosed with any specific neck
5        injury?
6    A.  They diagnosed me with something when I was
7        inside prison, I forget what it was but they
8        sent me to therapy for it.  The therapy didn't
9        really work.  I forgot what they diagnosed me
10       with but out here they didn't diagnose me with
11       nothing, just gave me some Motrin 800s and
12       told me to take it.
13   Q.  When was the last time you seen a doctor for
14       your injuries?
15   A.  I just seen that doctor probably maybe a month
16       ago.  I think I just seen this doctor, about a
17       month ago.
18   Q.  That was about pain in your neck?
19   A.  Yeah, like for pain in my neck and my knee.
20       So they gave me all this 800 Motrin and I was
21       supposed to see her back in September.  She
22       said if it's not better she's going to
23       recommend me to a specialist.  And I had this
24       tooth fixed three times and it just won't
25       stay.

MR. JACKSON - BY MR. BOYD - 07/15/15

1          MR. BOYD:  That's all the questions I have

2     for you today.  Thank you for your time.

3          THE WITNESS:  Okay.

4

5          (Deposition concluded at 11:13 AM)

6                    *  *  *  *  *  *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      STATE OF NEW YORK)

2                      )  ss.

3      COUNTY OF ERIE   )

4

5       I, Heather Marcolini, Notary Public, in and

6      for the County of Erie, State of New York, do
       hereby certify:

7

8       That the witness whose testimony appears
       hereinbefore was, before the commencement of

9      their testimony, duly sworn to testify the
       truth, the whole truth and nothing but the

10     truth; that said testimony was taken pursuant
       to notice at the time and place as herein set

11     forth; that said testimony was taken down by
       me and thereafter transcribed into

12     typewriting, and I hereby certify the
       foregoing testimony is a full, true and

13     correct transcription of my shorthand notes so
       taken.

14

15      I further certify that I am neither counsel
       for nor related to any party to said action,

16     nor in anyway interested in the outcome
       thereof.

17

18      IN WITNESS WHEREOF, I have hereunto
       subscribed my name and affixed my seal this

19     20th day of July, 2015.

20

21     --------------------------
       Heather Marcolini,

22     Notary Public,
       State of New York, County of Erie

23     My commission expires 7/21/2019

24

25

**'** ' [1] - 4:21

**'06** [1] - 39:22

# 1

**1** [6] - 2:6, 27:10, 27:13, 27:17, 27:18, 46:1
**10B1843** [1] - 4:15
**11:13** [2] - 1:14, 54:5
**12th** [1] - 5:5
**14-CV-752-WMS** [1] - 1:6
**14202** [1] - 1:20
**14215** [1] - 3:3
**15** [1] - 1:13
**19** [4] - 10:13, 46:16, 51:3, 52:5
**1990** [1] - 6:17
**1994** [1] - 7:16

# 2

**2** [10] - 2:7, 29:12, 29:15, 29:19, 29:20, 29:22, 29:23, 31:25, 46:1, 46:11
**200** [2] - 24:25, 26:24
**2000** [1] - 7:16
**200s** [1] - 26:13
**2012** [1] - 8:2
**2013** [7] - 9:5, 9:7, 10:13, 39:23, 46:16, 51:3, 52:5
**2015** [2] - 1:13, 55:19
**20th** [1] - 55:19
**23** [1] - 26:16
**24** [1] - 3:16
**26** [2] - 2:10, 45:10
**27** [1] - 2:6
**29** [1] - 2:7

# 3

**3** [17] - 2:2, 2:7, 9:8, 9:9, 9:11, 9:12, 9:13, 10:18, 10:22, 35:15, 35:18, 35:22, 35:23, 35:25, 36:1, 51:13
**30** [5] - 22:18, 22:23, 50:4, 50:6, 50:7
**35** [1] - 2:7
**350** [2] - 1:12, 1:19

# 4

**4** [7] - 2:10, 44:24, 45:2, 45:6, 45:7, 45:13

**4/27/65** [1] - 4:21
**4019A** [1] - 13:10
**45** [2] - 2:10, 11:21

# 5

**500,000** [1] - 44:22

# 6

**60** [1] - 10:7
**662** [1] - 3:2

# 7

**7/21/2019** [1] - 55:23
**716** [1] - 1:20

# 8

**800** [2] - 6:11, 53:20
**800s** [1] - 53:11
**853-8457** [1] - 1:20
**89** [1] - 36:6

# 9

**90** [2] - 36:10, 41:19
**96** [1] - 36:6
**9:54** [1] - 1:14

# A

**according** [1] - 13:9
**accurate** [10] - 28:9, 30:24, 33:10, 33:18, 36:17, 36:22, 37:3, 37:10, 37:17, 37:25
**accurately** [1] - 41:22
**acid** [2] - 6:1, 6:8
**action** [6] - 3:11, 44:18, 46:14, 46:19, 51:25, 55:15
**actions** [2] - 30:16, 49:13
**actual** [3] - 48:11, 48:12, 49:11
**additional** [1] - 41:7
**affect** [1] - 25:23
**affected** [1] - 26:5
**affixed** [1] - 55:18
**aggressive** [1] - 46:20
**aggressor** [4] - 42:20, 42:22, 43:17, 47:18
**ago** [2] - 53:16, 53:17
**ain't** [2] - 26:19, 34:10
**air** [1] - 45:24
**Albany** [1] - 23:17
**alcohol** [1] - 3:15
**alleged** [2] - 29:24,

30:1
**allergies** [1] - 6:9
**allow** [3] - 42:17, 42:24, 44:4
**almost** [6] - 13:12, 40:23, 40:25, 41:5, 46:21
**alphabets** [1] - 20:25
**altercation** [3] - 9:2, 9:10, 19:9
**AM** [3] - 1:14, 54:5
**Amlodipine** [1] - 6:7
**amount** [5] - 44:21, 44:23, 45:16, 45:21
**ANTHONY** [1] - 1:7
**anyway** [1] - 55:16
**appeal** [4] - 23:13, 23:14, 23:15, 23:16
**APPEARANCES** [1] - 1:16
**apply** [1] - 16:6
**approached** [1] - 11:12
**appropriate** [1] - 13:15
**area** [7] - 11:20, 20:24, 21:1, 21:6, 21:8, 21:15, 48:24
**arm** [4] - 15:11, 15:12, 15:14, 38:4
**arrive** [2] - 7:17, 45:19
**arrived** [2] - 7:21, 49:1
**arrives** [1] - 16:18
**assault** [16] - 29:24, 30:1, 30:20, 31:21, 32:13, 32:15, 33:3, 43:21, 48:2, 48:10, 48:12, 49:2, 49:10, 49:11, 52:13
**assaulted** [8] - 17:21, 18:7, 39:17, 40:2, 42:2, 42:4, 43:4, 49:3
**Assistant** [1] - 3:9
**ASSISTANT** [1] - 1:18
**assume** [1] - 4:1
**attached** [1] - 46:12
**attempt** [1] - 6:22
**attempted** [1] - 7:5
**attending** [1] - 18:25
**attention** [1] - 24:5
**ATTORNEY** [2] - 1:17, 1:18
**Attorney** [1] - 3:10
**Attorneys** [1] - 1:21
**author** [1] - 28:7
**authority** [1] - 48:18
**automatic** [1] - 31:15
**available** [1] - 24:9
**Avenue** [1] - 3:2

**aware** [3] - 22:4, 46:6, 48:22

# B

**backwards** [3] - 34:12, 34:13, 35:2
**bank** [2] - 7:5, 7:13
**BARTZ** [1] - 1:7
**Bartz** [22] - 11:23, 13:6, 13:17, 14:10, 14:15, 15:1, 15:13, 28:15, 29:2, 33:9, 33:14, 33:19, 34:4, 36:13, 37:24, 42:19, 42:21, 43:5, 47:16, 47:22, 49:15, 52:8
**beat** [1] - 48:5
**becomes** [2] - 30:21, 32:8
**bed** [18] - 10:2, 10:3, 11:25, 12:1, 12:3, 12:10, 12:11, 12:12, 13:2, 13:5, 20:22, 20:23, 21:3, 21:5
**beds** [7] - 9:25, 10:1, 11:24, 20:15, 20:24, 21:1
**beginning** [1] - 30:11
**behind** [5] - 12:3, 29:7, 37:23, 42:8, 42:20
**better** [1] - 53:22
**between** [1] - 50:7
**bible** [1] - 40:17
**bid** [5] - 6:24, 7:19, 8:20, 8:23
**big** [3] - 9:24, 40:19, 40:20
**biggest** [1] - 42:6
**birth** [2] - 4:20, 4:22
**blades** [1] - 40:17
**bleeding** [1] - 17:13
**blood** [5] - 5:24, 6:7, 17:12, 49:24, 49:25
**board** [1] - 11:14
**boards** [1] - 11:8
**body** [1] - 34:18
**boots** [1] - 13:5
**bothering** [1] - 25:18
**bottom** [1] - 36:9
**box** [14] - 24:22, 25:1, 25:6, 25:20, 25:22, 29:24, 31:16, 40:16, 41:19, 41:24, 41:25, 48:19, 51:19, 51:20
**boxers** [1] - 17:16
**BOYD** [14] - 1:18, 3:6, 27:10, 27:15, 29:12, 29:17, 35:15, 35:20,

44:24, 45:4, 50:14, 50:20, 50:25, 54:1
**Boyd** [3] - 2:2, 2:12, 3:9
**break** [1] - 50:15
**bring** [2] - 16:17, 48:22
**brung** [2] - 8:1, 42:15
**Buffalo** [3] - 1:13, 1:20, 3:2
**building** [1] - 9:11
**bulletin** [2] - 11:8, 11:14
**bumped** [1] - 34:20
**bunch** [1] - 7:6
**bunk** [4] - 9:25, 10:1, 10:2, 11:19
**burglary** [1] - 7:5
**bust** [1] - 14:1
**BY** [7] - 1:18, 3:6, 27:15, 29:17, 35:20, 45:4, 50:25

# C

**cabinet** [1] - 28:21
**car** [1] - 8:8
**care** [1] - 41:23
**CAT** [1] - 23:21
**cell** [4] - 26:18, 26:19, 26:20, 48:13
**certain** [4] - 41:10, 43:25, 44:1, 44:5
**certify** [3] - 55:6, 55:12, 55:15
**chance** [1] - 41:16
**charge** [2] - 7:13, 7:15
**charged** [1] - 31:7
**charges** [3] - 23:4, 23:10, 23:13
**children** [1] - 5:1
**chip** [1] - 35:7
**chipped** [4] - 13:24, 19:15, 19:24
**Christopher** [1] - 3:9
**CHRISTOPHER** [1] - 1:18
**chumped** [2] - 22:21, 22:23
**claim** [5] - 39:25, 45:15, 45:17, 45:20, 52:3
**claimed** [2] - 30:5, 30:17
**Claritin** [1] - 6:9
**close** [1] - 40:25
**closed** [6] - 13:17, 14:10, 15:2, 15:4, 16:23, 18:16
**clothes** [1] - 13:2

**clothing** [1] - 33:13
**CO** [26] - 10:24, 10:25, 11:5, 11:23, 12:6, 13:6, 13:17, 13:18, 14:10, 14:14, 14:15, 15:1, 15:2, 15:13, 33:4, 33:9, 33:14, 33:19, 36:12, 43:5, 43:7, 47:16, 47:20, 49:15, 52:8
**coming** [3] - 26:19, 28:3, 47:6
**commencement** [1] - 55:8
**commission** [1] - 55:23
**Community** [1] - 2:8
**compensatory** [1] - 45:14
**complaint** [5] - 18:6, 19:7, 24:19, 27:19, 41:17
**completed** [1] - 51:11
**completely** [1] - 13:13
**compliant** [3] - 50:8, 50:9
**complied** [1] - 50:11
**comply** [4] - 31:5, 42:7, 46:17, 52:21
**complying** [2] - 30:19, 39:19
**computation** [1] - 45:13
**conclude** [1] - 51:1
**concluded** [1] - 54:5
**condition** [1] - 13:8
**conduct** [2] - 23:7, 52:12
**conducted** [1] - 52:8
**connection** [1] - 7:12
**consequences** [1] - 42:8
**consumed** [1] - 3:15
**contact** [2] - 6:15, 46:7
**continue** [2] - 18:15, 48:1
**continued** [8] - 14:5, 15:15, 15:16, 16:15, 16:20, 16:22, 48:6, 51:18
**continuing** [1] - 33:17
**controllable** [1] - 26:3
**convicted** [3] - 6:18, 7:1, 7:3
**copy** [1] - 28:6
**corner** [2] - 11:25, 12:18, 20:23
**correct** [9] - 24:2, 24:3, 30:25, 32:10,

37:11, 37:18, 37:19, 40:6, 55:13
**correction** [2] - 17:21, 18:7
**Correctional** [8] - 2:9, 7:18, 22:9, 26:10, 27:3, 46:9, 51:21, 51:22
**correctional** [1] - 39:22
**Corrections** [1] - 2:8
**counsel** [1] - 55:15
**COUNTY** [1] - 55:3
**County** [2] - 55:6, 55:22
**couple** [1] - 20:2
**court** [2] - 8:7, 45:8
**COURT** [1] - 1:1
**cover** [10] - 30:20, 32:9, 32:18, 32:24, 39:15, 40:3, 40:19, 41:13, 52:13, 52:17
**covered** [1] - 32:17
**covering** [1] - 33:2
**crack** [1] - 26:21
**crime** [5] - 6:12, 6:18, 6:23, 6:25, 7:12
**crimes** [2] - 7:4, 7:6
**criminal** [2] - 6:16, 27:7
**cube** [24] - 11:24, 12:4, 12:15, 12:16, 12:22, 12:25, 13:9, 13:11, 13:14, 20:15, 20:18, 20:24, 21:9, 21:16, 28:18, 31:10, 31:13, 31:17, 40:18, 42:4, 50:12
**cuffs** [1] - 29:8
**Culley** [1] - 24:18
**custody** [2] - 7:10, 47:14

**D**

**damages** [4] - 44:18, 44:21, 45:13, 45:15
**date** [3] - 4:20, 7:21, 51:4
**David** [1] - 2:2
**DAVID** [2] - 1:4, 1:10
**days** [3] - 22:18, 22:23, 41:19
**dazed** [1] - 28:24
**defeat** [1] - 44:3
**Defendant** [2] - 1:9, 1:21
**defendants** [1] - 3:11
**Department** [1] - 2:7
**Deposition** [1] - 54:5

**deposition** [4] - 3:13, 4:8, 4:10, 52:2
**deputy** [3] - 24:17, 41:14, 44:6
**describe** [3] - 9:14, 10:15, 14:23
**DESCRIPTION** [1] - 2:6
**determines** [1] - 44:17
**diagnose** [1] - 53:10
**diagnosed** [3] - 53:4, 53:6, 53:9
**diagnostic** [1] - 23:20
**different** [1] - 4:18
**differs** [1] - 41:10
**Dilantin** [1] - 6:6
**din** [1] - 4:13
**dining** [1] - 11:5
**dinner** [2] - 11:2, 11:12
**dinners** [1] - 11:2
**directives** [1] - 13:9
**director** [2] - 23:16, 24:18
**disabilities** [2] - 5:14, 5:17
**disciplinary** [1] - 8:16
**Disclosure** [1] - 2:10
**disclosure** [2] - 45:9, 45:10
**discs** [2] - 5:16, 5:25
**discuss** [1] - 4:10
**dismissed** [1] - 23:12
**disorders** [1] - 5:15
**DISTRICT** [2] - 1:1, 1:2
**DOCCS** [4] - 8:11, 46:9, 47:14, 52:14
**doctor** [4] - 17:18, 53:13, 53:15, 53:16
**document** [3] - 2:9, 28:5, 28:7
**documents** [3] - 46:11, 46:13, 52:1
**done** [1] - 50:15
**door** [1] - 26:21
**dormitory** [3] - 9:15, 9:17, 9:19
**down** [12] - 14:21, 15:13, 15:24, 16:2, 16:3, 16:4, 17:16, 20:22, 24:20, 40:15, 55:11
**draw** [1] - 20:20
**drink** [1] - 50:17
**drooling** [1] - 49:25
**drugs** [1] - 3:15
**due** [2] - 25:4, 41:6
**duly** [2] - 3:3, 55:9
**during** [7] - 38:13,

41:22, 42:11, 46:16, 48:10, 48:11, 51:15

**E**

**easier** [1] - 14:25
**east** [10] - 9:8, 9:9, 9:11, 9:12, 9:13, 10:18, 10:22, 41:3, 51:13
**easy** [3] - 52:14, 52:15, 52:17
**eat** [1] - 11:3
**education** [1] - 5:3
**either** [4] - 21:4, 48:8, 51:25, 52:4
**employee** [2] - 23:9, 23:12
**end** [2] - 12:13, 41:14, 50:13
**ended** [2] - 12:24, 19:9
**ending** [1] - 1:14
**enforcement** [1] - 27:7
**enlarged** [2] - 6:1, 6:10
**entire** [1] - 47:14
**entirely** [1] - 37:10
**ERIC** [1] - 1:17
**ERIE** [1] - 55:3
**Erie** [2] - 55:6, 55:22
**ERIK** [1] - 1:7
**escorted** [2] - 17:4, 49:7
**ESQ** [1] - 1:18
**everywhere** [2] - 17:12, 49:24
**exact** [1] - 8:3
**EXAMINATION** [2] - 2:2, 3:6
**Examination** [1] - 1:10
**examined** [1] - 3:4
**except** [2] - 36:22, 52:3
**excuse** [2] - 9:12, 51:21
**EXHIBIT** [1] - 2:6
**Exhibit** [22] - 2:6, 2:7, 2:7, 2:10, 27:13, 27:17, 29:15, 29:19, 29:22, 29:23, 31:25, 35:18, 35:22, 35:25, 36:1, 45:2, 45:6, 45:12
**exhibits** [1] - 2:12
**expect** [1] - 33:24
**expecting** [1] - 34:10
**expires** [1] - 55:23

**F**

**face** [28] - 13:17, 13:24, 13:25, 14:11, 14:12, 14:16, 14:17, 14:18, 15:1, 15:6, 15:7, 15:16, 16:3, 16:5, 16:15, 16:22, 29:3, 33:15, 33:17, 35:4, 35:5, 35:11, 38:21, 38:25, 49:5, 49:16, 49:20, 49:21
**facilities** [1] - 31:9
**facility** [7] - 22:9, 22:11, 24:1, 26:11, 31:11, 31:16, 39:22
**Facility** [7] - 2:9, 7:18, 22:9, 26:11, 27:3, 51:21, 51:22
**fact** [8] - 18:22, 31:19, 32:4, 32:11, 32:12, 33:7, 38:13, 39:6
**fail** [1] - 46:17
**failed** [2] - 32:13, 43:21
**fair** [4] - 3:23, 3:24, 4:2, 9:24
**fall** [3] - 34:6, 35:2, 35:6
**falling** [1] - 35:12
**false** [1] - 23:2
**familiar** [4] - 8:11, 10:20, 51:8, 51:12
**far** [1] - 12:13
**federal** [2] - 7:10, 8:7
**feed** [1] - 24:20
**feet** [2] - 49:4, 49:18
**fell** [10] - 15:6, 15:7, 29:5, 35:1, 35:3, 36:24, 37:6, 37:13, 37:18, 38:3
**felt** [2] - 40:10, 41:11
**few** [6] - 9:16, 9:17, 19:18, 20:14, 21:17, 49:21
**fifth** [1] - 21:3
**fight** [4] - 7:25, 9:3, 47:9, 48:14
**figures** [1] - 45:19
**file** [3] - 18:6, 24:11, 29:9
**filed** [13] - 8:6, 8:10, 22:25, 23:2, 29:23, 29:25, 30:2, 30:3, 30:4, 45:8, 46:25, 47:3
**finish** [1] - 50:21
**finished** [6] - 12:25, 18:17, 18:19, 27:1, 40:23, 41:5

**first** [14] - 3:3, 6:12, 6:15, 7:22, 9:1, 15:7, 21:22, 30:11, 35:4, 36:9, 38:25, 47:8, 47:15, 48:25
**Fishkill** [4] - 24:24, 25:2, 25:6
**fist** [4] - 13:17, 14:11, 15:2, 15:4
**fists** [2] - 16:23, 18:16
**five** [2] - 21:2, 50:20
**fixed** [1] - 53:24
**floor** [16] - 13:2, 13:5, 16:3, 29:5, 33:14, 35:1, 35:5, 35:6, 35:13, 38:2, 38:3, 38:5, 38:6, 38:12, 38:19, 49:16
**Flowers** [1] - 21:19
**followed** [1] - 47:22
**following** [6] - 27:12, 29:14, 35:17, 42:20, 45:1, 46:11
**follows** [1] - 3:4
**force** [2] - 30:18, 40:5
**foregoing** [1] - 55:12
**forget** [1] - 53:7
**forgot** [1] - 53:9
**form** [2] - 44:10, 52:1
**forth** [1] - 55:11
**forward** [5] - 3:12, 21:24, 22:1, 35:2, 35:3
**four** [2] - 11:24, 21:1
**frisk** [13] - 21:9, 21:16, 23:5, 23:6, 30:19, 31:4, 31:8, 31:10, 31:17, 40:4, 40:13, 52:9, 52:12
**frisked** [2] - 28:18, 52:4
**frisking** [2] - 28:16, 39:19
**front** [1] - 22:7
**full** [2] - 30:11, 55:12

**G**

**garbage** [3] - 12:17, 12:20, 12:24
**GENERAL** [2] - 1:17, 1:18
**general** [1] - 27:21
**General** [1] - 3:10
**GERD** [1] - 6:1
**gesture** [1] - 14:25
**gesturing** [1] - 3:23
**given** [1] - 51:24
**Gowanda** [28] - 2:9, 7:17, 7:19, 8:20,

8:24, 11:3, 20:8, 22:8, 24:22, 25:9, 25:22, 26:8, 30:3, 30:4, 31:8, 39:23, 40:16, 40:24, 41:2, 41:5, 46:21, 46:24, 47:6, 47:8, 47:9
**grab** [3] - 17:3, 37:12, 38:3
**grabbed** [14] - 13:21, 15:11, 15:13, 15:24, 16:2, 33:16, 36:13, 36:14, 37:2, 37:3, 37:9, 37:15, 37:21, 37:22
**Grievance** [1] - 2:7
**grievance** [18] - 8:11, 24:11, 29:9, 29:23, 29:25, 30:6, 30:8, 30:9, 30:11, 30:22, 31:19, 32:5, 32:7, 32:9, 32:21, 33:7, 33:9, 48:9
**grieve** [1] - 32:12
**ground** [14] - 13:19, 13:20, 13:24, 14:20, 15:6, 15:7, 15:8, 15:17, 15:19, 15:20, 15:22, 16:12, 16:15, 16:17
**guard** [3] - 33:23, 34:9, 34:17
**guilty** [3] - 8:16, 39:16, 41:17
**guy** [2] - 7:25, 21:21
**guys** [1] - 21:7

**H**

**half** [4] - 11:21, 24:14, 36:9, 36:19
**hall** [2] - 11:4, 11:5
**halls** [1] - 9:18
**hand** [9] - 14:19, 31:5, 37:22, 37:23, 39:25, 40:4, 42:9, 52:16, 52:21
**handcuffs** [9] - 13:22, 13:23, 15:15, 15:18, 16:7, 25:16, 37:24, 38:1, 38:4
**handed** [2] - 5:12, 5:13
**hands** [9] - 13:21, 13:22, 22:9, 22:10, 22:11, 25:14, 29:7
**handwriting** [1] - 27:23
**hang** [1] - 11:7
**hanging** [1] - 19:21

**hard** [1] - 14:22
**head** [29] - 14:19, 15:3, 15:25, 16:2, 17:14, 19:16, 19:17, 20:3, 20:4, 23:22, 29:4, 34:14, 34:25, 36:16, 38:17, 38:19, 38:23, 38:24, 38:25, 39:3, 39:5, 39:7, 39:8, 39:12, 40:7, 45:22
**headaches** [2] - 25:12, 25:13
**hear** [1] - 31:3
**hearing** [19] - 3:18, 36:2, 36:3, 37:8, 38:7, 38:14, 39:12, 40:10, 41:10, 41:15, 41:22, 42:11, 42:16, 42:24, 43:20, 44:8, 44:9, 51:16
**hearings** [1] - 43:25
**Heather** [3] - 1:11, 55:5, 55:21
**held** [2] - 1:11, 5:10
**help** [2] - 22:1, 30:21
**helping** [1] - 32:18
**hereby** [2] - 55:6, 55:12
**herein** [1] - 55:10
**hereinbefore** [1] - 55:8
**hereunto** [1] - 55:18
**herniated** [2] - 5:16, 5:25
**high** [3] - 5:24, 6:7, 34:15
**highest** [1] - 5:3
**history** [1] - 22:8
**hit** [23] - 8:8, 13:18, 14:12, 14:15, 14:18, 14:19, 15:1, 15:2, 15:5, 18:10, 18:12, 33:24, 33:25, 34:2, 34:14, 34:18, 34:21, 34:22, 34:24, 35:12, 36:15, 37:1, 49:21
**hitting** [2] - 35:10, 38:21
**home** [3] - 11:17, 27:5, 41:6
**hospital** [10] - 14:9, 17:19, 18:3, 18:21, 18:23, 19:12, 20:6, 20:7, 23:19, 40:15
**hour** [1] - 11:21, 26:16
**hours** [2] - 3:16, 26:16
**housing** [11] - 20:11, 22:14, 22:16, 23:16, 24:7, 24:13, 24:15,

24:25, 25:9, 51:18, 52:6

**I**

**Ibuprofen** [1] - 6:11
**ID** [4] - 11:18, 11:19, 12:7, 31:14
**identification** [4] - 27:12, 29:14, 35:17, 45:1
**identified** [1] - 46:12
**immediately** [4] - 11:18, 17:11, 17:15, 18:14
**important** [1] - 41:21
**IN** [1] - 55:18
**inaccurate** [1] - 28:13
**inadvertently** [1] - 40:16
**incarcerated** [2] - 7:7, 8:17
**incarceration** [1] - 46:24
**incident** [32] - 10:12, 10:15, 18:23, 19:10, 19:23, 22:3, 22:15, 23:1, 24:6, 25:4, 25:8, 25:23, 26:5, 29:10, 36:4, 41:1, 41:4, 41:8, 43:15, 46:3, 46:16, 46:22, 46:23, 47:11, 47:19, 48:4, 48:13, 48:15, 51:3, 51:15, 52:5, 52:25
**incidents** [2] - 27:6, 48:23
**included** [1] - 32:4
**indicating** [1] - 14:23
**infirmary** [11] - 14:8, 17:5, 17:9, 17:10, 18:18, 18:20, 20:9, 20:10, 24:2, 31:1, 49:8
**infractions** [2] - 8:17, 8:23
**injuries** [8] - 17:17, 19:22, 24:5, 30:16, 39:6, 39:11, 52:24, 53:14
**injury** [7] - 19:25, 25:7, 39:2, 39:4, 39:8, 40:7, 53:5
**inmate** [5] - 9:3, 46:2, 47:10, 48:15
**inmates** [4] - 10:4, 20:18, 21:15, 47:5
**inside** [2] - 13:3, 53:7
**inspector** [1] - 27:20

**instead** [1] - 42:5
**interaction** [1] - 51:14
**interested** [1] - 55:16
**interfering** [2] - 23:9, 23:11
**interpreted** [1] - 46:20
**intervened** [1] - 19:2
**interview** [1] - 2:6
**investigator** [1] - 27:25
**involved** [2] - 48:14, 51:2
**involvement** [1] - 42:12, 44:13
**involving** [4] - 27:6, 47:1, 47:4, 47:12
**itself** [1] - 52:3

**J**

**J2** [1] - 21:4
**J3** [1] - 21:5
**J4** [2] - 21:4, 21:5
**J5** [1] - 21:6
**JACKSON** [2] - 1:4, 1:11
**Jackson** [9] - 2:2, 3:7, 12:4, 27:16, 29:18, 35:21, 41:16, 45:5, 51:1
**jail** [1] - 26:15
**JAMES** [1] - 1:8
**job** [3] - 5:10, 11:7, 12:21
**July** [2] - 1:13, 55:19
**jump** [1] - 38:3
**jumped** [7] - 13:20, 15:8, 15:9, 15:10, 29:5, 29:6, 33:5
**jumping** [1] - 23:18
**justice** [2] - 6:16, 27:7
**justify** [2] - 30:15, 40:5

**K**

**KACZMAREK** [1] - 1:8
**Kaczmarek** [23] - 14:5, 16:10, 16:11, 18:9, 30:17, 30:21, 31:2, 31:20, 32:8, 32:13, 33:1, 42:13, 43:9, 43:20, 44:16, 47:23, 47:25, 48:10, 49:1, 49:9, 49:14, 49:17, 50:2
**Kaczmarek's** [1] - 44:13
**keep** [1] - 49:5
**Keicher** [24] - 11:1, 11:6, 12:6, 13:18,

14:14, 14:17, 15:2, 15:9, 15:11, 29:3, 33:5, 33:15, 34:2, 34:3, 34:5, 34:24, 38:2, 42:20, 43:7, 43:8, 47:20, 47:22, 49:15, 52:8
**KEICHER** [1] - 1:7
**Keicher's** [1] - 43:16
**kept** [9] - 13:25, 14:3, 16:3, 25:11, 25:13, 35:10, 38:20, 51:17
**kick** [2] - 14:6, 15:16
**kicked** [1] - 7:23
**kicking** [5] - 13:23, 15:23, 20:3, 49:15
**kind** [3] - 14:18, 24:16, 34:1
**knee** [2] - 5:24, 53:19
**knocked** [2] - 13:19, 14:20
**known** [2] - 10:25, 11:23

## L

**Lakeshore** [2] - 18:2, 18:3
**larceny** [1] - 7:6
**large** [2] - 9:19, 9:21
**last** [4] - 3:16, 21:21, 45:12, 53:13
**latest** [2] - 6:24, 8:23
**law** [1] - 27:6
**lawsuit** [1] - 8:8
**lawsuits** [1] - 8:6
**least** [3] - 22:18, 22:19, 22:24
**left** [9] - 5:12, 5:13, 11:17, 13:8, 14:16, 14:23, 15:1, 15:13, 34:5
**legal** [1] - 4:18
**less** [1] - 50:21
**letter** [1] - 28:2
**letting** [1] - 32:19
**level** [1] - 5:3
**liable** [3] - 47:16, 47:20, 47:24
**lie** [4] - 28:17, 28:25, 30:20, 39:20
**likely** [1] - 40:11
**lip** [8] - 14:1, 14:2, 17:11, 17:13, 19:14, 19:20, 19:25, 50:1
**list** [2] - 45:16, 46:2
**listed** [1] - 46:14
**listening** [1] - 11:20
**located** [1] - 20:15
**location** [1] - 10:8

**lock** [1] - 20:18
**lockdown** [2] - 26:11, 26:16
**locked** [3] - 9:7, 9:8, 10:5
**locker** [31] - 12:2, 12:7, 12:10, 12:13, 12:19, 13:4, 28:22, 33:10, 33:14, 33:16, 33:19, 33:21, 33:25, 34:2, 34:6, 34:14, 34:15, 34:18, 34:20, 34:23, 36:14, 36:24, 36:25, 37:2, 37:4, 37:5, 37:7, 37:9, 37:13, 37:16, 37:18
**locking** [1] - 9:6
**look** [2] - 24:8, 33:12
**looking** [1] - 22:6
**lying** [1] - 32:19

## M

**ma'am** [1] - 19:4
**mail** [4] - 11:10, 24:14, 24:16
**main** [1] - 11:4
**Main** [4] - 1:12, 1:19, 1:19
**major** [1] - 19:19
**majority** [1] - 9:16
**Mall** [1] - 1:19
**man** [1] - 43:25
**March** [6] - 9:5, 9:7, 10:13, 46:16, 51:3, 52:5
**Marcolini** [3] - 1:11, 55:5, 55:21
**mark** [4] - 27:10, 29:12, 35:15, 44:24
**marked** [9] - 27:12, 27:17, 29:14, 29:19, 35:17, 35:22, 36:7, 45:1, 45:6
**married** [1] - 4:24
**matter** [1] - 18:22
**matters** [1] - 24:21
**mean** [6] - 6:13, 8:20, 18:13, 22:11, 26:14, 32:15, 32:16, 32:24, 38:22, 48:4, 49:25, 51:21
**meat** [1] - 19:21
**medical** [6] - 5:21, 5:23, 24:4, 39:9, 40:7, 52:23
**medication** [2] - 26:3, 53:2
**medications** [2] - 6:3, 6:5

**mention** [3] - 31:19, 33:7, 38:6
**mentioned** [1] - 43:19
**mess** [1] - 11:4
**messed** [1] - 5:25
**might** [2] - 22:18, 43:16
**military** [1] - 5:6
**minute** [5] - 17:1, 28:10, 30:12, 50:4, 50:7
**minutes** [2] - 11:22, 50:20
**misbehavior** [5] - 22:25, 23:2, 36:3, 46:25, 47:3
**misunderstanding** [2] - 19:4, 19:5
**moment** [3] - 31:25, 36:20, 38:9
**monetary** [2] - 44:23, 45:16
**month** [3] - 8:3, 53:15, 53:17
**morning** [3] - 3:7, 3:8, 26:19
**most** [1] - 31:9
**motion** [1] - 45:8
**Motrin** [2] - 53:11, 53:20
**mouth** [2] - 36:15, 49:25
**move** [2] - 10:18, 48:20
**moved** [12] - 9:9, 9:12, 10:10, 10:17, 10:22, 28:23, 28:25, 29:1, 29:2, 41:2, 51:7, 51:10
**MR** [13] - 3:6, 27:10, 27:15, 29:12, 29:17, 35:15, 35:20, 44:24, 45:4, 50:14, 50:20, 50:25, 54:1

## N

**name** [13] - 3:9, 4:18, 14:4, 17:6, 17:7, 18:2, 21:19, 21:21, 21:22, 43:13, 43:15, 43:16, 55:18
**named** [1] - 24:18
**names** [1] - 43:11
**Nathaniel** [1] - 21:19
**near** [2] - 12:1, 12:10
**neck** [8] - 19:17, 25:4, 25:7, 25:17, 53:1, 53:4, 53:18, 53:19
**need** [3] - 19:5, 28:10,

50:16
**never** [36] - 18:10, 18:12, 23:6, 23:7, 25:18, 28:1, 28:16, 28:18, 28:25, 29:1, 30:5, 31:8, 31:9, 31:17, 31:18, 39:23, 39:24, 40:25, 41:1, 41:3, 42:9, 42:14, 43:19, 44:12, 46:18, 47:11, 47:14, 52:8, 52:10, 52:18, 52:19, 52:21, 52:22
**NEW** [3] - 1:2, 1:16, 55:1
**new** [5] - 9:11, 10:16, 10:17, 10:19, 10:23
**New** [9] - 1:13, 1:20, 2:7, 3:2, 4:23, 6:15, 7:8, 55:6, 55:22
**next** [8] - 20:10, 22:12, 26:9, 33:25, 36:18, 36:20, 37:14, 40:20
**nicknames** [1] - 4:16
**night** [3] - 20:9, 20:10, 24:2
**nobody** [4] - 17:24, 18:8, 21:2, 21:23
**Norththumberland** [1] - 3:2
**Notary** [3] - 1:11, 55:5, 55:22
**notes** [1] - 55:13
**nothing** [4] - 16:25, 55:22, 53:11, 55:9
**notice** [2] - 1:15, 55:10
**noticed** [1] - 20:14
**notices** [1] - 11:9
**numb** [2] - 20:1, 25:14
**number** [2] - 4:13, 10:6
**nurse** [3] - 17:10, 18:5, 18:25

## O

**obtained** [1] - 5:4
**occasions** [2] - 7:20, 7:22
**occurred** [2] - 10:12, 17:17
**OF** [5] - 1:2, 1:16, 1:17, 55:1, 55:3
**offence** [1] - 7:2
**offense** [1] - 8:5
**office** [2] - 11:1, 27:21
**OFFICE** [1] - 1:17
**Officer** [4] - 29:2, 37:23, 42:19, 42:21

**officer** [19] - 11:12, 17:3, 17:4, 18:24, 19:2, 19:8, 21:20, 24:13, 31:12, 37:20, 39:24, 40:3, 40:14, 41:2, 44:9, 48:16, 49:7
**officer's** [2] - 17:6, 46:17
**officers** [23] - 9:4, 10:18, 10:20, 10:23, 15:21, 16:17, 17:22, 18:7, 22:7, 22:10, 39:17, 39:18, 42:2, 42:3, 42:7, 43:4, 47:1, 47:12, 48:25, 51:2, 51:8, 51:12, 51:15
**once** [4] - 13:19, 13:22, 15:18, 16:14
**one** [27] - 7:2, 9:1, 9:3, 11:4, 12:21, 15:10, 16:1, 21:6, 21:13, 21:19, 22:12, 23:10, 23:12, 24:17, 30:3, 31:11, 40:20, 41:1, 41:4, 42:10, 43:11, 43:13, 43:14, 46:22, 47:8, 48:25
**ones** [2] - 19:19, 46:14
**open** [4] - 12:8, 14:1, 17:15, 19:20
**opposed** [2] - 39:18, 40:3
**ordeal** [1] - 50:10
**order** [1] - 46:17
**original** [2] - 45:17, 45:20
**outcome** [1] - 55:16
**outs** [3] - 11:7, 11:9, 11:13
**outside** [3] - 14:8, 26:22, 26:23

## P

**pack** [1] - 48:19
**page** [8] - 30:10, 36:6, 36:9, 36:10, 36:18, 36:20, 45:12, 46:1
**PAGE** [2] - 2:2, 2:6
**pain** [5] - 6:11, 44:20, 53:2, 53:18, 53:19
**paper** [1] - 42:1
**paragraph** [8] - 30:11, 30:13, 30:15, 37:14, 38:16, 45:13, 46:1, 46:11
**part** [3] - 32:9, 32:24, 34:18

**particular** [1] - 10:24
**parts** [1] - 28:13
**party** [3] - 30:22, 32:8, 55:15
**pat** [16] - 23:5, 23:6, 28:16, 28:18, 30:19, 31:4, 31:8, 31:10, 31:17, 39:19, 40:4, 40:13, 42:5, 52:4, 52:8, 52:12
**pen** [2] - 26:21, 26:22
**pending** [1] - 22:19
**per** [1] - 32:25
**performed** [3] - 21:10, 21:16, 23:19
**permanent** [2] - 19:22, 19:25
**personal** [2] - 13:3, 30:16, 33:13
**petit** [1] - 7:6
**phone** [2] - 31:2, 31:6
**physical** [2] - 9:2, 25:21
**pick** [1] - 14:24
**picks** [1] - 24:13
**pictures** [1] - 17:16
**piece** [1] - 19:20
**Place** [2] - 1:12, 1:19
**place** [8] - 4:22, 9:10, 48:23, 49:2, 49:12, 49:13, 49:17, 55:10
**plaintiff** [1] - 45:14
**Plaintiff** [2] - 1:5, 2:10
**plus** [2] - 19:25, 25:13
**point** [2] - 41:23, 43:1
**police** [5] - 17:24, 17:25, 18:5, 18:8, 40:2
**pose** [1] - 44:6
**potential** [2] - 46:3, 46:5
**preparation** [1] - 4:7
**present** [6] - 48:10, 48:11, 49:9, 49:11, 49:14, 50:2
**pressure** [2] - 5:24, 6:8
**pretty** [3] - 9:21, 9:24
**prevent** [1] - 43:21
**previous** [1] - 7:20
**previously** [1] - 5:10
**Prilosec** [1] - 6:8
**principal** [1] - 49:10
**prison** [2] - 6:14, 53:7
**problem** [4] - 25:24, 39:23, 41:1, 41:3
**problems** [4] - 3:18, 5:19, 5:21, 5:23
**process** [1] - 41:12
**program** [7] - 7:24,

8:4, 8:5, 10:21, 24:18, 40:24, 41:6
**progress** [1] - 26:6
**property** [1] - 40:15
**prostate** [2] - 6:2, 6:10
**psychiatric** [1] - 5:19
**Public** [3] - 1:12, 55:5, 55:22
**pulled** [6] - 15:12, 15:14, 16:12, 16:14, 25:18
**punch** [6] - 14:6, 16:15, 28:24, 33:22, 35:9, 36:25
**punched** [14] - 14:10, 14:17, 29:3, 29:4, 33:15, 33:20, 34:9, 36:15, 37:6, 37:12, 37:16, 38:2, 49:20
**punching** [7] - 13:25, 15:17, 16:4, 16:5, 38:20, 49:5, 49:15
**punitive** [2] - 44:19, 45:15
**pursuant** [2] - 1:14, 55:10
**pushed** [3] - 15:25, 16:2, 34:7
**put** [20] - 11:14, 14:2, 19:13, 20:22, 22:10, 29:6, 31:22, 32:6, 32:25, 37:24, 41:25, 42:7, 42:25, 44:10, 44:19, 44:22, 45:18, 48:18, 49:19
**putting** [4] - 9:11, 10:19, 39:24, 51:10

**Q**

**questions** [4] - 3:21, 44:5, 44:12, 54:1
**quick** [1] - 50:14
**quickly** [3] - 22:10, 23:18, 51:1
**quote** [1] - 41:12

**R**

**radio** [1] - 11:20
**rammed** [4] - 38:17, 38:19, 38:22, 38:25
**rape** [1] - 7:2
**rather** [2] - 3:22, 14:23
**razor** [6] - 12:6, 12:8, 12:9, 31:14, 31:15, 40:16
**read** [1] - 31:23
**ready** [2] - 32:2, 36:21
**really** [18] - 9:15, 10:3,

14:18, 25:15, 26:1, 26:5, 26:6, 26:19, 34:11, 35:14, 36:23, 41:23, 42:14, 42:17, 42:19, 42:21, 43:2, 53:9
**reason** [4] - 3:12, 21:24, 41:9, 48:21
**rec** [2] - 26:21, 26:22
**receive** [4] - 19:11, 24:4, 25:21, 53:1
**received** [1] - 24:5
**receiving** [1] - 52:23
**Recess** [1] - 50:23
**recognize** [4] - 27:17, 29:19, 35:22, 45:6
**recollection** [1] - 32:1
**recommend** [1] - 53:23
**record** [5] - 4:14, 14:24, 40:2, 42:25, 43:3
**reflux** [2] - 6:1, 6:8
**refresh** [1] - 32:1
**regarding** [2] - 29:25, 36:12
**related** [3] - 29:9, 36:4, 55:15
**released** [3] - 6:25, 27:8, 51:23
**relevant** [1] - 46:13
**remedy** [2] - 18:13, 47:25
**remember** [8] - 8:2, 21:12, 23:10, 23:22, 23:25, 28:14, 39:4, 39:13
**report** [15] - 19:6, 19:10, 22:25, 23:2, 30:16, 36:4, 39:5, 39:9, 40:1, 40:8, 41:1, 41:4, 43:14, 43:15, 46:22
**Report** [1] - 2:6
**reports** [2] - 46:25, 47:3
**represent** [1] - 3:10
**requested** [1] - 17:25
**requesting** [2] - 25:10, 25:11
**respects** [1] - 41:10
**respond** [1] - 3:25
**response** [1] - 3:22
**restraints** [1] - 16:6
**restroom** [1] - 50:17
**result** [5] - 19:22, 22:15, 23:1, 24:6, 52:24
**results** [1] - 23:24
**retained** [1] - 2:12

**reversed** [1] - 23:11
**review** [8] - 4:7, 28:10, 30:12, 31:25, 36:8, 36:19, 36:20, 38:9
**robbery** [5] - 6:20, 6:22, 7:5, 7:13
**room** [2] - 9:20, 9:23
**roommate** [2] - 26:17, 26:23
**rooms** [3] - 9:16, 9:18, 11:4
**Rule** [1] - 2:10
**rule** [1] - 45:10

**S**

**scan** [1] - 23:21
**scars** [1] - 20:2
**scene** [3] - 16:18, 48:17, 48:21
**SCHNEIDERMAN** [1] - 1:17
**screen** [1] - 17:19
**se** [1] - 32:25
**seal** [1] - 55:18
**search** [15] - 12:5, 12:15, 12:17, 12:22, 13:1, 13:11, 13:14, 28:19, 31:10, 31:13, 31:18, 40:18, 42:5, 50:12
**seasonal** [1] - 6:9
**second** [2] - 30:10, 36:19
**seconds** [1] - 50:4, 50:6, 50:7
**secure** [2] - 13:21, 29:7
**secured** [2] - 13:22, 15:14
**security** [3] - 41:14, 41:18, 44:6
**see** [7] - 12:6, 13:16, 28:1, 31:13, 33:13, 36:6, 53:21
**seeing** [1] - 21:12
**seeking** [2] - 44:18, 44:21
**seeks** [1] - 45:14
**seizure** [3] - 5:15, 25:24, 26:4
**seizures** [4] - 5:15, 5:24, 6:6, 26:2
**selves** [1] - 10:3
**send** [2] - 24:17, 24:19
**sent** [3] - 27:19, 28:2, 53:8
**sentenced** [1] - 7:4
**September** [2] - 41:6, 53:21

**Sergeant** [20] - 14:5, 16:11, 18:9, 30:17, 31:2, 31:20, 32:7, 32:12, 33:1, 42:13, 43:9, 43:20, 44:13, 47:23, 47:25, 48:9, 49:1, 49:9, 49:13, 50:2
**sergeant** [18] - 13:7, 13:8, 13:16, 14:3, 16:9, 16:13, 16:16, 16:18, 16:24, 30:21, 38:18, 44:16, 48:16, 48:17, 48:20, 48:24, 49:6, 49:17
**series** [1] - 3:20
**served** [2] - 11:2, 20:12
**set** [4] - 20:13, 20:21, 20:24, 55:10
**setting** [2] - 9:15, 9:17
**sex** [2] - 7:2, 8:5
**shackle** [1] - 18:21
**sham** [4] - 40:12, 41:12, 41:13
**shorthand** [1] - 55:13
**shot** [1] - 41:18
**show** [7] - 12:8, 13:7, 20:21, 39:16, 42:1, 42:3, 42:6
**shower** [1] - 26:18
**showing** [4] - 27:16, 29:18, 35:21, 45:5
**SHU** [2] - 26:8, 26:12
**side** [25] - 9:22, 12:1, 12:2, 12:3, 12:14, 13:18, 14:11, 14:12, 14:13, 14:15, 14:16, 14:17, 15:1, 15:3, 15:5, 15:24, 28:21, 29:4, 33:15, 34:3, 34:4, 34:24, 37:21, 49:20
**sides** [1] - 9:22
**similar** [1] - 28:12
**single** [3] - 4:25, 9:25, 10:3
**sit** [1] - 12:12
**sits** [1] - 12:11
**situation** [1] - 21:25
**slammed** [1] - 15:16
**slamming** [1] - 13:24, 16:3, 49:16
**slept** [1] - 21:7
**smash** [1] - 49:4
**snatched** [1] - 37:22
**sneakers** [1] - 13:5
**somewhere** [1] - 25:5
**son** [1] - 11:17
**sort** [2] - 14:25, 45:23

**special** [1] - 20:11, 22:14, 22:16, 23:16, 24:7, 24:13, 24:15, 24:24, 25:9, 51:17, 52:6
**specialist** [1] - 53:23
**specific** [1] - 53:4
**spent** [1] - 24:1
**ss** [1] - 55:2
**staff** [1] - 41:18
**staggered** [3] - 34:12, 34:13, 34:16
**stand** [3] - 12:10, 12:14, 15:19
**standing** [8] - 14:13, 14:14, 16:16, 28:20, 28:21, 32:19, 33:25, 34:4
**start** [1] - 8:22
**started** [7] - 13:23, 15:23, 17:11, 25:2, 40:13, 43:18, 47:18
**starting** [2] - 1:13, 36:8
**state** [18] - 4:13, 7:7, 8:7, 17:24, 17:25, 18:5, 18:8, 19:1, 19:6, 30:15, 32:7, 33:9, 33:11, 37:14, 37:20, 39:21, 45:14, 48:8
**STATE** [2] - 1:16, 55:1
**State** [4] - 2:7, 6:16, 55:6, 55:22
**statement** [11] - 17:22, 27:22, 27:24, 28:4, 28:9, 30:24, 30:25, 37:8, 45:10, 46:10, 51:24
**STATES** [1] - 1:1
**stay** [3] - 20:9, 41:7, 53:25
**still** [6] - 15:19, 15:20, 26:4, 46:7, 46:9, 53:1
**stitches** [2] - 14:2, 19:14
**stood** [10] - 15:22, 15:23, 16:25, 18:12, 18:15, 32:16, 32:17, 32:22, 33:1, 33:2
**stop** [3] - 17:13, 18:14, 32:13
**stopped** [1] - 48:4
**Street** [2] - 1:12, 1:19
**strike** [6] - 16:21, 16:22, 18:9, 18:16, 21:20, 33:17
**strip** [1] - 17:16
**struck** [2] - 13:16,

22:13
**stuff** [5] - 12:19, 12:22, 13:3, 48:19, 49:17
**subscribed** [1] - 55:18
**substantively** [1] - 30:7
**suffering** [2] - 44:20
**summoned** [3] - 14:4, 16:13, 48:24
**superintendant** [1] - 24:17
**superintendent** [2] - 23:14, 36:2
**Supervision** [1] - 2:8
**supervisor** [2] - 30:17, 44:16
**supposed** [2] - 13:11, 53:21
**sustain** [1] - 39:6
**sustained** [1] - 52:25
**sweared** [1] - 11:15
**swearing** [1] - 11:16
**sworn** [2] - 3:3, 55:9
**system** [3] - 6:16, 8:12, 27:7

**T**

**talks** [1] - 28:19
**Tamsulosin** [1] - 6:10
**ten** [2] - 14:1, 19:14
**test** [1] - 23:24
**testified** [6] - 3:4, 25:24, 33:4, 36:12, 38:16, 39:10
**testify** [4] - 38:13, 41:21, 42:12, 55:9
**testimony** [16] - 36:8, 36:17, 37:25, 38:7, 38:9, 41:10, 41:11, 42:11, 43:20, 48:9, 51:24, 55:8, 55:9, 55:10, 55:11, 55:12
**tests** [1] - 23:20
**THE** [3] - 1:17, 50:19, 54:3
**therapy** [3] - 25:21, 53:8
**thereafter** [1] - 55:11
**thereof** [1] - 55:16
**three** [18] - 22:20, 38:7, 38:14, 39:12, 39:14, 40:10, 41:3, 41:9, 41:15, 41:22, 42:11, 42:15, 42:16, 42:24, 43:19, 48:8, 51:16, 53:24
**threw** [3] - 33:10, 34:11, 34:17, 36:14,

37:2, 37:4, 37:9, 37:15, 37:22
**throw** [5] - 12:22, 33:19, 33:21, 36:23, 37:5
**throwing** [1] - 12:19
**ticket** [2] - 28:14, 40:14
**tickets** [1] - 22:20
**tier** [17] - 22:19, 37:8, 38:7, 38:14, 39:12, 39:14, 40:10, 41:9, 41:15, 41:22, 42:11, 42:15, 42:16, 42:24, 43:19, 48:8, 51:16
**tight** [1] - 25:15
**today** [4] - 9:4, 11:17, 12:5, 54:2
**today's** [3] - 3:12, 4:8, 4:10
**together** [1] - 14:2
**tomorrow** [1] - 11:14
**took** [17] - 9:10, 11:19, 12:9, 14:7, 17:16, 20:7, 20:11, 38:24, 39:25, 40:4, 42:9, 49:12, 49:13, 49:17, 49:24, 52:21
**tooth** [6] - 13:25, 19:15, 19:16, 19:24, 35:7, 53:24
**top** [7] - 15:3, 15:21, 34:25, 36:7, 39:3, 39:6, 39:11
**tossed** [1] - 33:14
**total** [3] - 26:11, 26:15, 42:3
**towards** [6] - 28:15, 28:23, 28:25, 29:1, 29:2, 37:6
**Tower** [1] - 1:12
**transcribed** [1] - 55:11
**transcript** [1] - 36:1
**transcription** [1] - 55:13
**transferred** [6] - 26:9, 26:10, 26:25, 27:2, 51:19, 51:20
**trash** [1] - 12:20
**treated** [10] - 18:18, 18:19, 18:22, 19:13, 19:14, 19:16, 20:5, 20:7, 25:7, 49:8
**treating** [1] - 25:5
**treatment** [11] - 19:11, 19:18, 23:18, 24:9, 24:10, 24:12, 25:3, 25:10, 25:9, 52:24
**trial** [1] - 1:10
**tried** [3] - 18:13, 29:6,

44:12
**trip** [1] - 31:15
**troopers** [2] - 19:1, 19:6
**true** [2] - 28:18, 55:12
**truth** [3] - 55:9, 55:10
**try** [2] - 14:22, 22:1
**trying** [8] - 17:13, 24:11, 39:16, 40:19, 40:22, 46:7
**turn** [4] - 30:10, 36:6, 45:12, 46:1
**turned** [1] - 28:15
**TV** [1] - 9:23
**two** [10] - 5:16, 5:25, 7:20, 7:22, 8:20, 8:24, 9:21, 17:21, 18:7, 21:7
**type** [1] - 49:16
**typewriting** [1] - 55:12
**typing** [1] - 14:21

**U**

**under** [1] - 46:11
**understood** [1] - 4:1
**unit** [22] - 9:14, 9:17, 9:24, 9:25, 10:5, 10:16, 10:25, 20:12, 20:13, 22:14, 22:16, 23:16, 24:8, 24:13, 24:15, 24:25, 25:9, 51:9, 51:10, 51:13, 51:18, 52:7
**UNITED** [1] - 1:1
**units** [1] - 11:3
**up** [51] - 5:25, 12:8, 12:24, 13:23, 14:19, 14:24, 15:19, 15:22, 15:23, 16:12, 16:14, 16:17, 18:21, 19:9, 20:14, 20:21, 20:24, 22:17, 22:21, 22:23, 24:14, 28:19, 30:20, 32:9, 32:15, 32:18, 32:25, 33:2, 34:1, 36:14, 36:23, 37:15, 37:20, 38:17, 38:19, 38:23, 39:15, 40:3, 40:19, 41:13, 42:14, 42:15, 43:2, 45:23, 48:5, 48:22, 49:3, 50:21, 52:13, 52:17
**ups** [1] - 11:8
**Upstate** [12] - 6:13, 6:14, 25:6, 25:20, 25:22, 26:10, 26:25, 27:1, 27:2, 29:24, 51:19, 51:20
**Utica** [1] - 4:23

**V**

**verbal** [4] - 3:22, 19:8, 27:24, 51:25
**violate** [1] - 51:18
**violence** [2] - 47:1, 47:4
**violent** [2] - 23:7, 47:11
**visit** [1] - 28:3
**visualize** [1] - 22:5
**visually** [1] - 12:16
**vs** [1] - 1:6

**W**

**wait** [1] - 24:23
**walking** [1] - 31:1
**wall** [24] - 23:6, 23:7, 28:17, 31:5, 38:17, 38:20, 38:21, 38:23, 39:1, 39:19, 39:24, 39:25, 40:5, 42:8, 42:9, 49:4, 49:5, 49:19, 49:20, 52:16, 52:17, 52:19, 52:20, 52:22
**watched** [6] - 16:16, 18:12, 18:15, 32:17, 32:22, 33:1
**watching** [1] - 12:16
**water** [1] - 50:18
**week** [2] - 10:9
**Wende** [1] - 51:20
**WESTERN** [1] - 1:2
**whereabouts** [1] - 46:8
**WHEREOF** [1] - 55:18
**whole** [10] - 26:15, 32:15, 40:19, 41:13, 43:18, 44:3, 47:18, 50:10, 55:9
**wide** [3] - 14:1, 17:15, 19:20
**window** [1] - 12:1
**windows** [3] - 9:11, 10:19, 51:10
**witness** [8] - 42:18, 42:23, 43:5, 43:7, 43:8, 43:9, 55:8
**WITNESS** [4] - 2:2, 50:19, 54:3, 55:18
**witnessed** [2] - 31:20, 43:21
**witnesses** [3] - 22:3, 46:3, 46:5
**witnessing** [1] - 32:14
**woah** [1] - 34:10
**worse** [1] - 24:21
**write** [1] - 27:22

**writing** [1] - 19:10
**written** [1] - 51:25
**wrote** [2] - 43:14
**Wyoming** [3] - 27:2,
  27:4, 51:22

## Y

**year** [5] - 6:15, 40:25,
  41:7, 46:22
**YORK** [3] - 1:2, 1:16,
  55:1
**York** [9] - 1:13, 1:20,
  2:7, 3:2, 4:23, 6:16,
  7:8, 55:6, 55:22
**Young** [1] - 46:2
**young** [2] - 21:22,
  46:8
**yourself** [1] - 46:2